# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Margarito Lopez, et al., | CASE NUMBER: |
|---|---|
| Plaintiff(s) | 2:22-cv-07534-FLA-MAA |
| v. | |
| City of Los Angeles, et al., | **MOTION RE: INFORMAL DISCOVERY DISPUTE** |
| Defendant(s) | |

Plaintiff has requested an informal discovery conference with Magistrate Judge Maria A. Audero.

Counsel for Plaintiff have submitted Plaintiff's position and the issue will be adjudicated in accordance with the Magistrate Judge's procedures.

Telephonic Informal Discovery Conference is set for Wednesday, November 29, 2023 at 2:00 p.m. Clerk to provide call-in information.

Dated: November 21, 2023                By: N. Estrada
                                            Deputy Clerk