UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.   **2:22-cv-07534-FLA-MAA**                                     Date: **November 30, 2023**

Title   **Margarito T. Lopez et al v. City of Los Angeles et al.**

Present:   The Honorable MARIA A. AUDERO, United States Magistrate Judge

| Narissa Estrada | XtR 11/29/23 |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorney Present for Plaintiffs: | Attorney Present for Defendant City of Los Angeles: |
|---|---|
| Shannon Leap | Ty A. Ford |
| | |
| | Attorney Present for Defendants Jose Zavala and Julio Quintanilla: |
| | Muna Busailah |

**Proceedings (Telephonic):**     Informal Discovery Conference (ECF No. 39)

Case is called.  Counsel make their appearances.

Before the Court is the parties' first informal discovery conference in this matter, which the Court names "IDC 1."  Through IDC 1, Plaintiffs seek an order that Defendant City of Los Angeles ("Defendant") remove the confidentiality legend presently embedded in the top left-hand corner of the nine body-worn camera videos it previously produced ("Confidentiality Legend").

The nine videos at issue (collectively, "Videos"), which were provided to the Court for *in camera* inspection upon the Court's request, are named:
- DEF 2340 Burke.mp4
- DEF 2341 Burke.mp4
- DEF 2342 Burke.mp4
- DEF 2343 Jaime.mp4
- DEF 2344 Lopez.mp4
- DEF 2345 Meraz.mp4
- DEF 2346 Prisk.mp4
- DEF 2347 Quintanilla.mp4
- DEF 2348 Yim.mp4
- DEF 2349 Zavala.mp4

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  **2:22-cv-07534-FLA-MAA**                                                                 Date: **November 30, 2023**

Title        **Margarito T. Lopez et al v. City of Los Angeles et al.**

The Confidentiality Legend states:

> CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER
> Margarito T. Lopez, et al. v. City of Los Angeles, et al.
> USDC Case No. 2:22-CV-07534-FLA-MAAx[1]

The Court confers with the parties.  The parties do not reach an agreement to resolve the issue regarding the Confidentiality Legend.  The Court **ORDERS** the parties to continue meeting and conferring in an effort to resolve their dispute based upon the discussion on the record at IDC 1.

Should the parties be unable to resolve their dispute, they jointly shall propose, via email to the Court's Chambers email (MAA_Chambers@cacd.uscourts.gov), three dates and times on which they jointly are available for a further informal discovery conference.  Thereafter, the Court will issue an order setting the informal discovery conference.

**No later than five court days before the informal discovery conference**, Plaintiff shall submit, via email to the Court's Chambers email and Defendant's counsel, a position statement, no longer than three pages, addressing each of the following subjects:

1. Whether Section 6.2(a) or 6.2(c) of the Stipulated Protective Order (ECF No. 38) governs the form of the Confidentiality Legend, and the legal basis for that position;
2. The specific video content that is obstructed by the Confidentiality Legend, including the name of the video file and the specific period of obstruction by minute/second;
3. As to each obstructed video content identified in (2), the relevance of that video content to this case;
4. The nature and extent of any distraction caused by the Confidentiality Legend, including the specific distraction and who is so distracted;
5. The nature and extent of any claimed undue prejudice caused by the presence of the Confidentiality Legend; and
6. All proposals made by Defendant to resolve this dispute and why each such proposal is insufficient.

---

[1] The Court has attempted to reproduce the Confidentiality Legend with proportionally-sized text.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   **2:22-cv-07534-FLA-MAA**                                       Date: **November 30, 2023**

Title   **Margarito T. Lopez et al v. City of Los Angeles et al.**

**No later than three court days before the informal discovery conference**, Defendant shall submit, via email to the Court's Chambers email and Plaintiff's counsel, a position statement, no longer than three pages, responding to Plaintiff's arguments.

It is so ordered.

**Time in Court**: **0:52**