UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGARITO T. LOPEZ, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>CITY OF LOS ANGELES, et al.,<br><br>    Defendants. | Case No. 2:22-cv-07534-FLA (MAAx)<br><br>**ORDER APPROVING STIPULATION TO CONTINUE PRETRIAL AND TRIAL DATES [DKTS. 42, 43]** |

On January 11, 2024, the parties filed a Joint Stipulation to Continue Expert Discovery Deadline (the "Expert Stipulation"). Dkt. 42. On January 17, 2024, the parties filed a Joint Stipulation to Continue Fact Discovery Deadline (the "Fact Stipulation"). Dkt. 43.

To show good cause for a continuance, a party must provide specific, detailed, and non-conclusory reasons for granting the extension, including a showing of diligence in pursuing the litigation. *See* Fed. R. Civ. P. 16(b)(4) (requiring good cause showing); *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir. 1992) (noting that the standard focuses on a party's diligence and that "the inquiry should end" when diligence is not shown).

The court, having considered the Expert Stipulation and Fact Stipulation and finding good cause therefor, hereby GRANTS the parties' requests and CONTINUES pretrial and trial dates and deadlines to the following dates:

| Event | New Date |
|---|---|
| Fact Discovery Cut-off | February 20, 2024 |
| Expert Disclosure (Initial) | February 16, 2024 |
| Expert Disclosure (Rebuttal) | March 8, 2024 |
| Expert Discovery Cut-off | March 29, 2024 |

The parties should not expect a further continuance absent a specific showing, dating back to the filing of the Complaint, of all their efforts to timely complete discovery and other litigation activity. This detailed showing must demonstrate the work still to be performed reasonably could not have been accomplished within the applicable deadline(s). General statements are insufficient to establish good cause.

IT IS SO ORDERED.

Dated: January 19, 2024

FERNANDO L. AENLLE-ROCHA
United States District Judge