CARRILLO LAW FIRM, LLP
Luis A. Carrillo (Bar No. 70398)
Michael S. Carrillo (Bar No. 258878)
1499 Huntington Drive, Suite 402
South Pasadena, CA 91030
Tel: (626) 799-9375
Fax: (626) 799-9380

LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo (Bar No. 144074)
dalekgalipo@yahoo.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, California 91367
Telephone: (818) 347-3333
Facsimile: (818) 347-4118

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGARITO T. LOPEZ individually and as successor in interest to Margarito E. Lopez, Deceased; SONIA TORRES, KENI LOPEZ, and ROSY LOPEZ, individually,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF LOS ANGELES; JOSE ZAVALA; JULIO QUINTANILLA; and DOES 1-10, inclusive,<br><br>Defendants. | **Case No.: 2:22-cv-07534-FLA-MAAx**<br>Hon. Judge Fernando L. Aenlle-Rocha,<br>Hon. Mag. Maria A. Audero<br><br>**JOINT STIPULATION REGARDING MOTION FOR SUMMARY JUDGMENT AND/OR ADJUDICATION AND PLAINTIFFS' CLAIMS**<br><br>FPTC: May 31, 2024<br>Trial: July 16, 2024 |

**TO THE HONORABLE COURT:**

After extensive meet and confer discussions, Plaintiffs MARGARITO T. LOPEZ individually and as successor in interest to Margarito E. Lopez, Deceased, SONIA TORRES, KENI LOPEZ, and ROSY LOPEZ, individually ("Plaintiffs"), and Defendants City of Los Angeles, Julio Quintanilla, and Jose Zavala, ("Defendants") (collectively "the Parties") through their respective counsel of record, do and hereby stipulate as follows:

1. No defendant will file any pretrial dispositive motion, including any Motion for Summary Judgment or Summary Adjudication, on any of Plaintiffs' claims, as alleged in the operative Complaint (Doc. 1);
2. Plaintiffs dismiss their Second Claim for Relief, for Denial of Medical Care under the Fourth Amendment, pursuant to 42 U.S.C. Section 1983, as to all Defendants;
3. Plaintiffs dismiss their Fourth Claim for Relief, the deprivation of Substantive Due Process by a Deliberate Indifference to Serious Medical Needs, pursuant to 42 U.S.C. Section 1983, as to all Defendants;
4. Plaintiffs dismiss their Fifth Claim for Relief, Municipal Liability for Ratification under *Monell* and 42 U.S.C. Section 1983, as to all Defendants (City of Los Angeles and unnamed Does);
5. Plaintiffs dismiss their Sixth Claim for Relief, Municipal Liability for Failure to Train under *Monell* and pursuant to 42 U.S.C. Section 1983, as alleged against Defendant City of Los Angeles;
6. Plaintiffs dismiss their Seventh Claim for Relief, Municipal Liability for Unconstitutional Practice, Policy, or Custom, under *Monell* and 42 U.S.C. Section 1983, as alleged against Defendants City of Los Angeles and unnamed Does.

7. Plaintiffs dismiss the Doe Defendants (Does 1-10) but do not dismiss any other defendant.

8. Plaintiffs shall proceed on the following claims: (1) Negligence (Wrongful Death/Survival, Plaintiff Margarito T. Lopez only), against Julio Quintanilla and Jose Zavala directly, and against the City of Los Angeles on a theory of vicarious liability pursuant to California Government Code Section 815.2(a); (2) Battery (Wrongful Death/Survival, Plaintiff Margarito T. Lopez only), against Julio Quintanilla and Jose Zavala directly, and against the City of Los Angeles on a theory of vicarious liability pursuant to California Government Code Section 815.2(a); (3) Negligent Infliction of Emotional Distress (All Plaintiffs) against Julio Quintanilla and Jose Zavala directly, and against the City of Los Angeles on a theory of vicarious liability pursuant to California Government Code Section 815.2(a); (4) Violation of the Bane Act (Cal. Civil Code Section 52.1; Plaintiff Margarito T. Lopez only), against Julio Quintanilla and Jose Zavala directly, and against the City of Los Angeles on a theory of vicarious liability pursuant to California Government Code Section 815.2(a); (5) Excessive Force, pursuant to 42 U.S.C. Section 1983 and the Fourth Amendment (Plaintiff Margarito T. Lopez only) against Julio Quintanilla and Jose Zavala; (6) Interference with Familial Relationship, Substantive Due Process, pursuant to 42 U.S.C. Section 1983 and the Fourteenth Amendment (Plaintiff Margarito T. Lopez only) against Julio Quintanilla and Jose Zavala. None of the remaining claims are alleged under a theory of direct liability against Defendant City of Los Angeles, but rather, under a theory of vicarious liability for Defendants Julio Quintanilla and Jose Zavala as their employer at the time of the incident. The Parties agree that Julio

Quintanilla and Jose Zavala were working in the course and scope of their employment with the City of Los Angeles and under the color of law at the time of the incident.

DATED: February 28, 2024                LAW OFFICES OF DALE K. GALIPO

By  /s/ Dale K. Galipo
Dale K. Galipo
Renee V. Masgonsong
Shannon J. Leap[1]
Attorneys for Plaintiffs

DATED: February 28, 2024                CARRILLO LAW FIRM, LLP

By  /s/ Michael Carrillo
Luis A. Carrillo
Michael Carrillo
Attorneys for Plaintiffs

DATED: February 28, 2024                LOS ANGELES CITY ATTORNEY'S OFFICE
HYDEE FELDSTEIN SOTO, City Attorney
DENISE C. MILLS, Chief Deputy City Attorney
SCOTT MARCUS, Chief Asst. City Attorney
CORY M. BRENTE, Senior Assistant City Attorney

By  /s/ Ty A. Ford
TY A. FORD, Deputy City Attorney
Attorneys for Defendant CITY OF LOS ANGELES

Date: February 28, 2024                 STONE BUSAILAH, LLP

By: _____/s/ Muna Busailah_____
MUNA BUSAILAH, Esq.
Attorney for Defendants JOSE ZAVALA, JULIO QUINTANILLA

---

[1] As the filer of this document, I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.