CARRILLO LAW FIRM, LLP
Luis A. Carrillo (Bar No. 70398)
Michael S. Carrillo (Bar No. 258878)
1499 Huntington Drive, Suite 402
 South Pasadena, CA 91030
Tel: (626) 799-9375
Fax: (626) 799-9380

LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo (Bar No. 144074)
dalekgalipo@yahoo.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, California 91367
Telephone: (818) 347-3333
Facsimile: (818) 347-4118

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGARITO T. LOPEZ individually and as successor in interest to Margarito E. Lopez, Deceased; SONIA TORRES, KENI LOPEZ, and ROSY LOPEZ, individually, | **Case No.: 2:22-cv-07534-FLA-MAAx** Hon. Judge Fernando L. Aenlle-Rocha, Hon. Mag. Maria A. Audero |
| Plaintiffs, | |
| vs. | **JOINT STIPULATION TO CONTINUE THE SETTLEMENT COMPLETION CUTOFF DATE** |
| CITY OF LOS ANGELES; JOSE ZAVALA; JULIO QUINTANILLA; and DOES 1-10, inclusive, | FPTC: May 31, 2024 Trial: July 16, 2024 |
| Defendants. | |

## TO THIS HONORABLE COURT:

Plaintiffs MARGARITO T. LOPEZ individually and as successor in interest to

Margarito E. Lopez, Deceased, SONIA TORRES, KENI LOPEZ, and ROSY

1  LOPEZ, individually ("Plaintiffs"), and Defendants City of Los Angeles, Julio

2  Quintanilla, and Jose Zavala, ("Defendants") (collectively "the Parties") through

3  their respective counsel of record, do hereby stipulate and request to modify the

4  Court's Scheduling Order (Doc. 27) as follows:

5

6                              **RECITALS**

7       WHEREAS, The Parties have been working diligently to complete expert

8  discovery.

9       WHEREAS, due to the trial schedules of counsel and the availability of the

10 mutually-agreed upon ADR Panel mediator, Mr. Richard Copeland, the Parties are

11 unable to find a date convenient for all Parties and for Mr. Copeland for the

12 mediation in this case prior to the current Settlement Completion Cutoff date of

13 April 26, 2024.

14      WHEREAS, all Parties and Mr. Copeland are available on and have

15 scheduled a mediation for this case for May 7, 2024 at 10:00 a.m.

16      WHEREAS, there have been two previous requests for the continuance of

17 previous deadlines, but no request for a continuance of the Settlement Completion

18 Cutoff or the trial date;

19      WHEREAS, the brief continuance of the Settlement Completion Cutoff date

20 will not affect any other dates in this case;

21      WHEREAS, there is no prejudice to any party if the current deadline set in

22 the Scheduling Order is extended;

23      WHEREAS, good cause can be shown based on the Parties' scheduling of

24 the mediation with Mr. Copeland for May 7, 2024;

25      WHEREAS, the Parties therefore respectfully request the Court continue the

26 current Settlement Completion Cutoff date from April 26, 2024 to May 10, 2024.

27 The Parties will file a post-settlement conference status report with the Court

JOINT STIPULATION REGARDING MOTION FOR SUMMARY JUDGMENT AND/OR SUMMARY
ADJUDICATION AND PLAINTIFFS' CLAIMS

within 24 hours after the mediation to advise the Court as to the outcome of the mediation.

Respectfully submitted,

DATED:  March 26, 2024          LAW OFFICES OF DALE K. GALIPO


                               By _____/s/ Dale K. Galipo_____
                                  Dale K. Galipo
                                  Renee V. Masgonsong
                                  Shannon J. Leap[1]
                                  Attorneys for Plaintiffs

DATED:  March 26, 2024          CARRILLO LAW FIRM, LLP


                               By _____/s/ Michael Carrillo_____
                                  Luis A. Carrillo
                                  Michael Carrillo
                                  Attorneys for Plaintiffs

DATED:  March 26, 2024          LOS ANGELES CITY ATTORNEY'S OFFICE
                                HYDEE FELDSTEIN SOTO, City Attorney
                                DENISE C. MILLS, Chief Deputy City Attorney
                                SCOTT MARCUS, Chief Asst. City Attorney
                                CORY M. BRENTE, Senior Assistant City
                                Attorney


                               By _____/s/ Ty A. Ford_____
                                  TY A. FORD, Deputy City Attorney
                                  Attorneys for Defendant CITY OF LOS
                                  ANGELES

Date: March 27, 2024            STONE BUSAILAH, LLP

                               By: ____/s/ Muna Busailah_____
                                  MUNA BUSAILAH, Esq.
                                  Attorney for Defendants JOSE ZAVALA,
                                  JULIO QUINTANILLA

---

[1] As the filer of this document, I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.