CARRILLO LAW FIRM, LLP
Luis A. Carrillo (Bar No. 70398)
Michael S. Carrillo (Bar No. 258878)
1499 Huntington Drive, Suite 402
South Pasadena, CA 91030
Tel: (626) 799-9375
Fax: (626) 799-9380

LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo (Bar No. 144074)
dalekgalipo@yahoo.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, California 91367
Telephone: (818) 347-3333
Facsimile: (818) 347-4118

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGARITO T. LOPEZ individually and as successor in interest to Margarito E. Lopez, Deceased; SONIA TORRES, KENI LOPEZ, and ROSY LOPEZ, individually,<br><br>     Plaintiffs,<br><br>     vs.<br><br>CITY OF LOS ANGELES; JOSE ZAVALA; JULIO QUINTANILLA; and DOES 1-10, inclusive,<br><br>     Defendants. | **Case No.: 2:22-cv-07534-FLA-MAAx**<br>Hon. Judge Fernando L. Aenlle-Rocha,<br>Hon. Mag. Maria A. Audero<br><br>**[PROPOSED] ORDER RE: JOINT STIPULATION TO CONTINUE THE SETTLEMENT COMPLETION CUTOFF DATE**<br><br>FPTC: May 31, 2024<br>Trial: July 16, 2024 |

HAVING REVIEWED THE PARTIES' JOINT STIPULATION, and Good Cause having been shown, IT IS HEREBY ORDERED as follows:

1. The Settlement Completion Cutoff Deadline currently scheduled for April 26, 2024 is continued to May 10, 2024.
2. The Parties shall submit a joint status report within 24 hours after the mediation to advise the Court as to the outcome of the mediation.

IT IS SO ORDERED.

DATED:                              UNITED STATES DISTRICT COURT


_____
HON. FERNANDO L. AENLLE-ROCHA