# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGARITO T. LOPEZ, *et al.*<br><br>  Plaintiffs,<br><br>  vs.<br><br>CITY OF LOS ANGELES, *et al.*<br><br>  Defendants. | Case No. **2:22-cv-07534-FLA (MAAx)**<br><br>**ORDER APPROVING STIPULATION TO CONTINUE SETTLEMENT COMPLETION CUTOFF DATE [DKT. 48]** |

Having reviewed the parties' Joint Stipulation to Continue the Settlement Completion Cutoff Date (Dkt. 48), and good cause having been shown, the court hereby ORDERS:

1. The Settlement Completion Cutoff Deadline currently scheduled for April 26, 2024 is CONTINUED to May 10, 2024.
2. The Parties shall submit a joint status report within 24 hours after the mediation to advise the Court as to the outcome of the mediation.

IT IS SO ORDERED.

Dated: March 29, 2024

_____
FERNANDO L. AENLLE-ROCHA
United States District Judge