# EXHIBIT 1

Dale K. Galipo (SBN 144074)
dalekgalipo@yahoo.com
Shannon J. Leap (SBN 339574)
sleap@galipolaw.com
**LAW OFFICES OF DALE GALIPO**
21800 Burbank Boulevard Suite 310
Woodland Hills, CA 91367
Tel:   818-347-3333
Fax:  818-347-4118

Luis A. Carrillo (SBN 70398)
lac4justice@gmail.com
Michael S. Carrillo (SBN 258878)
mc@carrillofirm.com
**CARRILLO LAW FIRM LLP**
1499 Huntington Drive Suite 402
South Pasadena, CA 91030
Tel:   626-799-9375
Fax:  626-799-9380

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARGARITO T. LOPEZ, SONIA TORRES, KENI LOPEZ, ROSY LOPEZ,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF LOS ANGELES, JOSE ZAVALA, JULIO QUINTANILLA, AND DOES 1 THROUGH 10, INCLUSIVE,<br><br>Defendants. | Case No. 2:22-cv-07534-FLA-MAA<br><br>**[**Hon. Fernando L. Aenlle-Rocha**]**<br><br>**PLAINTIFFS' OBJECTIONS TO SUBPOENAS ISSUED BY DEFENDANTS JOSE ZAVALA AND JULIO QUINTANILLA** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT pursuant to FRCP, Rule 45(d)(2)(B), Plaintiffs MARGARITO T. LOPEZ, SONIA TORRES, KENI LOPEZ, and ROSY LOPEZ hereby object to the production of any of Scott A. DeFoe's employment records or any other documents or information in response to the subpoena issued to Riverside County Sheriff's Department, dated on or around March 20, 2024. Plaintiffs' objections are based on the following grounds:

1. Plaintiffs object on the grounds that they were not served any Notice of Subpoena or a copy of the Subpoena itself, in violation of Rule 45(a)(4).
2. Plaintiffs object on the grounds that the subpoena is untimely, as its date for compliance, April 8, 2024, is after the Fact Discovery Cutoff Deadline of February 20, 2024 and the Expert Discovery Cutoff Deadline of March 29, 2024 in this case, in violation of the Court's Scheduling Order. (Dkt. No. 44).
3. Plaintiffs object on the grounds that the information sought is privileged and protected under Expert Scott DeFoe's right to privacy under California and Federal law. <u>Sanchez v. City of Santa Ana</u>, 936 F.2d 1027 (9th Cir. 1990), <u>as amended on denial of reh'g</u> (Feb. 27, 1991), <u>as amended on denial of reh'g</u> (May 24, 1991).

DATED:  April 3, 2024          LAW OFFICES OF DALE K. GALIPO
                               CARILLO LAW FIRM LLP

                               By: _____
                                   Dale K. Galipo
                                   Renee V. Masongsong
                                   Shannon J. Leap
                                   *Attorneys for Plaintiffs*

-2-   Case No. 2:22-cv-07534-FLA-MAA
**PLAINTIFFS' OBJECTIONS TO SUBPOENAS ISSUED BY DEFENDANTS JOSE ZAVALA AND JULIO QUINTANILLA**

PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California and am over the age of eighteen years and not a party to the within action. My business address is 21800 Burbank Boulevard, Suite 310, Woodland Hills, California 91367.

On April 3, 2024, I served the foregoing document described as:**PLAINTIFFS' OBJECTIONS TO SUBPOENAS ISSUED BY DEFENDANTS JOSE ZAVALA AND JULIO QUINTANILLA** on all interested parties, through their respective attorneys of record in this action by placing a true copy thereof enclosed in a sealed envelope addressed as indicated on the attached service list.

METHOD OF SERVICE

☒ (BY MAIL) I enclosed the documents in a sealed envelope or package and addressed to the parties at the addresses as indicated on the attached service list.

☐ I deposited the sealed envelope or package with the United States Postal Service, with the postage fully prepaid thereon.

☒ I placed the envelope or package for collection and mailing, following our ordinary business practices. I am readily familiar with the practice of this office for the collection, processing and mailing of documents. On the same day that documents are placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

☒ (BY ELECTRONIC SERVICE) I caused the foregoing document(s) to be sent via electronic transmittal to the notification addresses listed below as registered with this court's case management/electronic court filing system.

☐ (BY FEDERAL EXPRESS) I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the persons at the addresses as indicated on the attached service list. I placed the envelope or package for collection and overnight delivery at an office or regularly utilized drop box of the overnight delivery carrier.

Executed on April 3, 2024, at Woodland Hills, California.

_____
Santiago G. Laurel

## SERVICE LIST

Muna Busailah
**Stone Busailah, LLP**
1055 E Colorado Boulevard, Suite 320,
Pasadena, CA 91106
Fax: (626) 683-5656
Email: m.busailah@police-defense.com
Attorneys for Defendants Jose Zavala and Julio Quintanilla

Hydee Feldstein
Cory M. Brente,
Ty A. Ford,
**OFFICE OF THE LOS ANGELES CITY ATTORNEY**
200 N. Main Street, 6th Floor City Hall East
Los Angeles, CA 90012
Email: Ty.Ford@lacity.org
Attorneys for City of Los Angeles

Luis A. Carrillo
Michael S. Carrillo
**Carrillo Law Firm LLP**
1499 Huntington Drive Suite 402
South Pasadena, CA 91030
Fax: 626-799-9380
Email: lac4justice@gmail.com / mc@carrillofirm.com
Attorneys for plaintiffs