# EXHIBIT 4

## Shannon Leap

**From:** Steven  Sherman <ssherman@law4cops.com>
**Sent:** Friday, April 5, 2024 10:01 AM
**To:** Sherry Lawrence
**Cc:** Shannon Leap; Cathy Sherman
**Subject:** Margarito Lopez v. City of Los Angeles - Subpoena to Riverside County Sheriff's Department

Good Morning Ms. Lawrence:

Steven Sherman here again.

As you are aware, I am an Attorney for the Riverside County Sheriff's Department (RSD).

This will confirm our discussion of this morning, wherein I indicated to you that I had spoken with, as well as received a firm letter and formal Objection from Attorney Leap from Dale Galipo's Office, who is also copied on this letter, regarding the Subpoena for employment and other records on a former Deputy Sheriff, Scott DeFoe.

As we discussed, based on the items, materials and information received from Attorney Leap, the Riverside Sheriff's Department will not be complying with the Federal Subpoena for any and all possible records that would fall within the parameters of your served Subpoena.   This is solely based on the reasons and grounds outlined in the Formal Objection served on Us, as well as an accompanying letter from Ms. Leap.

Additionally and based on that Formal Objection, I see no reason to unnecessarily expend limited Sheriff Department funds, with the RSD proceeding in this matter any further.   As such, I will not be filing any formal Motion to Quash and/or otherwise oppose your served Federal Subpoena, which at this stage you are fine with.

Needless to say, if anything changes in this matter, wherein your Federal Subpoena somehow become valid and/or not contested by the Plaintiffs, just let me know.

Otherwise, the RSD and myself will consider this matter fully closed and concluded from the Riverside County Sheriff's Department's perspective.

Thank you.

Steven Sherman (RSD)

1