CARRILLO LAW FIRM, LLP
Luis A. Carrillo (Bar No. 70398)
Michael S. Carrillo (Bar No. 258878)
1499 Huntington Drive, Suite 402
South Pasadena, CA 91030
Tel: (626) 799-9375
Fax: (626) 799-9380

LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo (Bar No. 144074)
dalekgalipo@yahoo.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, California 91367
Telephone: (818) 347-3333
Facsimile: (818) 347-4118

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGARITO T. LOPEZ individually and as successor in interest to Margarito E. Lopez, Deceased; SONIA TORRES, KENI LOPEZ, and ROSY LOPEZ, individually,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF LOS ANGELES; JOSE ZAVALA; JULIO QUINTANILLA; and DOES 1-10, inclusive,<br><br>Defendants. | **Case No.: 2:22-cv-07534-FLA-MAAx**<br>Hon. Judge Fernando L. Aenlle-Rocha, Hon. Mag. Maria A. Audero<br><br>**DECLARATION OF MICHAEL S. CARRILLO IN SUPPORT OF PLAINTIFFS' EX PARTE APPLICATION AND MOTION TO QUASH DEFENDANTS JOSE ZAVALA AND JULIO QUINTANILLA'S THIRD-PARTY SUBPOENA**<br><br>*Filed concurrently herewith Plaintiffs' Ex Parte Application and Memorandum of Points and Authorities, Declaration of Shannon Leap,[Proposed] Order.* |

**DECLARATION OF MICHAEL S. CARRILLO IN SUPPORT OF PLAINTIFFS' EX PARTE APPLICATION AND MOTION TO QUASH DEFENDANTS JOSE ZAVALA AND JULIO QUINTANILLA'S THIRD-PARTY SUBPOENA**

# DECLARATION OF MICHAEL S. CARRILLO

I, Michael S. Carrillo, hereby declare as follows:

1. I am an attorney licensed to practice law in this United States District Court. I am one of the attorneys of record for Plaintiffs in this action. I have personal knowledge of the matters stated herein and would and could testify competently thereto if called. I make this declaration in support of Plaintiffs' Ex Parte Application and Memorandum of Points of Authorities filed concurrently herewith.

2. On April 2, 2024, Co-Counsel for Plaintiffs, Ms. Shannon Leap, notified me that she received a phone call from counsel from third-party Riverside County Sheriffs Department, Mr. Steven Sherman advising her that his client had received a subpoena served by counsel for Defendants Jose Zavala and Julio Quintanilla requesting the employment records of Plaintiffs' Retained Expert, Scott A. DeFoe.

3. To date, the Carrillo Law Firm, LLP has not received any physical or electronic notice or copy of Defendants Jose Zavala and Julio Quintanilla's third-party subpoena on the Riverside County Sheriffs' Department requesting Scott A. DeFoe's employment records from his time as an employee at that department.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this April 12, 2024 in South Pasadena, California.

BY: /s/ Michael S. Carrillo
MICHAEL S. CARRILLO,
*Attorney for Plaintiffs.*

-2-   Case No. 2:22-cv-07534-FLA-MAAx

**DECLARATION OF MICHAEL S. CARRILLO IN SUPPORT OF PLAINTIFFS' EX PARTE APPLICATION AND MOTION TO QUASH DEFENDANTS JOSE ZAVALA AND JULIO QUINTANILLA'S THIRD-PARTY SUBPOENA**