# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGARITO T. LOPEZ individually and as successor in interest to Margarito E. Lopez, Deceased; SONIA TORRES, KENI LOPEZ, and ROSY LOPEZ, individually,<br><br>   Plaintiffs,<br><br>   vs.<br><br>CITY OF LOS ANGELES; JOSE ZAVALA; JULIO QUINTANILLA; and DOES 1-10, inclusive,<br><br>   Defendants. | **Case No.: 2:22-cv-07534-FLA-MAAx**<br>Hon. Judge Fernando L. Aenlle-Rocha, Hon. Mag. Maria A. Audero<br><br>**[PORPOSED] ORDER RE: PLAINTIFFS EX PARTE APPLICATION AND MOTION TO QUASH**<br><br>*Filed concurrently herewith Plaintiff's Ex Parte Application and Memorandum of Points and Authorities, Declaration of Shannon Leap, Declaration of Michael S. Carrillo.* |

**HAVING REVIEWED PLAINTIFF'S *EX PARTE* APPLICATION, FOR AN ORDER QUASHING DEFENDANTS JULIO QUINTANILLA AND JOSE ZAVALA'S THIRD PARTY SUBPOENA ON RIVERSIDE COUNTY SHERIFFS' DEPARTMENT,** as well as Defendant's Opposition, and in consideration of the record in its entirety, this Court hereby orders as follows:

-2-

The Plaintiff's *ex parte* application is GRANTED. This Court hereby quashes Defendants' third-party subpoena on Riverside County Sheriffs' Department.

**IT IS SO ORDERED.**

DATED: _____       _____

**HONORABLE FERNANDO L. AENLLE-ROCHA**

**UNITED STATES DISTRICT COURT JUDGE**