Muna Busailah SBN 166328
Sherry H. Lawrence SBN 151795
Stone Busailah, LLP
1055 E. Colorado Blvd., Ste/ 320
Pasadena, CA 91106-2376
626.683.5600 telephone
626.683.5656 facsimile
m.busailah@police-defense.com
s.lawrence@police-defense.com

Attorneys for Defendants Jose Zavala and Julio Quintanilla

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGARITO T. LOPEZ, SONIA TORRES, KENI LOPEZ, ROSY LOPEZ,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF LOS ANGELES, JOSE ZAVALA, JULIO QUINTANILLA, AND DOES 1 THROUGH 10, INCLUSIVE,<br><br>Defendants. | NO. 2:22-cv-07534 FLA MAAx<br><br>**STIPULATION DESIGNATING CURRENT PROTECTIVE ORDER [DKT 38] TO GOVERN THE RELEASE OF CONFIDENTIAL PERSONNEL RECORDS FROM NON-PARTY RIVERSIDE COUNTY SHERIFF'S DEPARTMENT PURSUANT TO SUBPOENA AND COURT ORDERED DENIAL OF PLAINTIFFS' EX PARTE MOTION** |

Pursuant to the Subpoena issued to the Riverside County Sheriff's Department by Defendants Jose Zavala and Julio Quintanilla, and the Court's Order of April 15, 2024, denying Plaintiff's ex parte application to quash same, the Riverside County Sheriff's Department will and hereby does produce the confidential personnel file of former deputy and Plaintiffs' designated expert, Scott DeFoe.

///

///

1        The file produced by non-party/third party Riverside County Sheriff's Department (RSD) by agreement and stipulation will be governed by all of the terms set forth in the currently existing Protective Order, Docket No. 38.

        The documents being released by the RSD are marked "Confidential - Released Pursuant to Protective Order" as required by the Protective Order and consist of fifty-nine (59) pages.

        Again, all terms set forth in this Protective Order will govern and control the release of this material.

IT IS SO STIPULATED:

DATED: May 1, 2024        FERGUSON, PRAET & SHERMAN
                              A Professional Corporation

                          By:    /s/ Steven A. Sherman
                                  Steven A. Sherman,
                                  Attorneys for Riverside County Sheriff's Department

DATED: May 1, 2024        STONE BUSAILAH, LLP.

                          By:    /s/ Muna Busailah
                                  Muna Busailah
                                  Sherry H. Lawrence
                                  Attorneys for Defendants Jose Zavala and Julio Quintanilla