STONE BUSAILAH, LLP
A Partnership of Professional Law Corporations
1055 E Colorado Boulevard, Suite 320
Pasadena, California 91106

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGARITO T. LOPEZ, SONIA TORRES, KENI LOPEZ, ROSY LOPEZ,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF LOS ANGELES, JOSE ZAVALA, JULIO QUINTANILLA, AND DOES 1 THROUGH 10, INCLUSIVE,<br><br>Defendants.<br>_____ | **CASE NO. 2:22-cv-07534-FLA-MAAx**<br><br>[Assigned to Judge Fernando L. Aenlle-Rocha, USDC-Hon. Mag. Maria A. Audero, USDC-Roybal Bldg]<br><br>**[PROPOSED] ORDER RE *THIRD* MOTION *IN LIMINE* PROHIBITING PLAINTIFFS AND PLAINTIFFS' ATTORNEYS AND WITNESSES FROM OFFERING ANY EVIDENCE REGARDING OR REFERENCING IN ANY MANNER THE SOURCE OF PAYMENT OF DAMAGES, IF ANY AND THE CITY'S ABILITY TO PAY THE JUDGMENT**<br><br>FPTC: May 31, 2024<br>TIME: 1:00 PM<br>DEPT: 6B, 6th Floor |

Having reviewed and considered all documents including any opposition and reply papers submitted regarding Defendants' *Third* Motion *in Limine* Prohibiting Plaintiffs And Plaintiffs' Attorneys And Witnesses From Offering Any Evidence

Regarding Or Referencing In Any Manner The Source Of Payment Of Damages, If Any And The City's Ability To Pay The Judgment the Court finds good cause and GRANTS Defendants' Motion.

Dated:_____, 2024

_____
**Honorable Fernando L. Aenlle-Rocha**
**United States District Judge**