STONE BUSAILAH, LLP
A Partnership of Professional Law Corporations
1055 E Colorado Boulevard, Suite 320
Pasadena, California 91106

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGARITO T. LOPEZ, SONIA TORRES, KENI LOPEZ, ROSY LOPEZ,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF LOS ANGELES, JOSE ZAVALA, JULIO QUINTANILLA, AND DOES 1 THROUGH 10, INCLUSIVE,<br><br>Defendants.<br>_____ | **CASE NO. 2:22-cv-07534-FLA-MAAx**<br><br>[Assigned to Judge Fernando L. Aenlle-Rocha, USDC-Hon. Mag. Maria A. Audero, USDC-Roybal Bldg]<br><br>**[PROPOSED] ORDER RE *FOURTH* MOTION *IN LIMINE* TO LIMIT PLAINTIFFS' EXPERT WITNESS BENETT OMALU'S TESTIMONY AND TO EXCLUDE IMPROPER OPINIONS AND TESTIMONY AS TO MATTERS BEYOND HIS AREA OF EXPERTISE**<br><br>FPTC: May 31, 2024<br>TIME: 1:00 PM<br>DEPT: 6B, 6th Floor |

Having reviewed and considered all documents including any opposition and reply papers submitted regarding Defendants' *Fourth* Motion *in Limine* to Limit Plaintiffs' Expert Witness Benett Omalu's Testimony And To Exclude Improper

1

Opinions And Testimony As To Matters Beyond His Area Of Expertise, the Court finds good cause and GRANTS Defendants' Motion.

Dated:_____, 2024

_____
**Honorable Fernando L. Aenlle-Rocha**
**United States District Judge**