1
2
3
4
5
6
7
8
9
10
11

STONE BUSAILAH, LLP
A Partnership of Professional Law Corporations
1055 E Colorado Boulevard, Suite 320
Pasadena, California 91106

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARGARITO T. LOPEZ, SONIA TORRES, KENI LOPEZ, ROSY LOPEZ, | **CASE NO. 2:22-cv-07534-FLA-MAAx** |

[Assigned to Judge Fernando L. Aenlle-Rocha, USDC-Hon. Mag. Maria A. Audero, USDC-Roybal Bldg]

Plaintiffs,

v.

CITY OF LOS ANGELES, JOSE ZAVALA, JULIO QUINTANILLA, AND DOES 1 THROUGH 10, INCLUSIVE,

Defendants.

_____

**[PROPOSED] ORDER RE *FIFTH* MOTION *IN LIMINE* PROHIBITING PLAINTIFFS' EXPERT WITNESS SCOTT DEFOE'S TESTIMONY AND TO EXCLUDE IMPROPER OPINIONS AND TESTIMONY AS TO MATTERS BEYOND HIS AREA OF EXPERTISE**

FPTC: May 31, 2024
TIME: 1:00 PM
DEPT: 6B, 6th Floor

Having reviewed and considered all documents including any opposition and

reply papers submitted regarding Defendants' *Fifth* Motion *in Limine* Prohibiting

Plaintiffs' Expert Witness Scott Defoe's Testimony And To Exclude Improper

1    Opinions And Testimony As To Matters Beyond His Area Of Expertise, the Court

2    finds good cause and GRANTS Defendants' Motion.

3

4

5

6

7    Dated:_____, 2024         _____

8                                    **Honorable Fernando L. Aenlle-Rocha**
                                     **United States District Judge**

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28