MICHAEL P. STONE, SBN 91142
MUNA BUSAILAH, SBN 166328
Email: m.busailah@police-defense.com
Members of **STONE BUSAILAH, LLP**
*A Partnership of Professional Law Corporations*
Email: d.danial@police-defense.com
1055 East Colorado Boulevard, Suite 320
Pasadena, California 91106
Telephone: (626) 683-5600
Facsimile: (626) 683-5656

*Attorneys for Defendants* **JOSE ZAVALA and JULIO QUINTANILLA**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGARITO T. LOPEZ, SONIA TORRES, KENI LOPEZ, ROSY LOPEZ,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF LOS ANGELES, JOSE ZAVALA, JULIO QUINTANILLA, AND DOES 1 THROUGH 10, INCLUSIVE,<br><br>Defendants. | **CASE NO. 2:22-cv-07534-FLA-MAAx**<br><br>[Assigned to Judge Fernando L. Aenlle-Rocha, USDC-Hon. Mag. Maria A. Audero, USDC-Roybal Bldg]<br><br>**DECLARATION OF MUNA BUSAILAH IN SUPPORT OF DEFENDANTS' NOTICE OF MOTION AND MOTIONS IN LIMINE NUMBERS 1 THROUGH 5**<br><br>[Filed concurrently with Declaration of Muna Busailah to Motions *in Limine* No. 1, No. 2, No. 3, No. 4 and No. 5; Exhibits A-C; [Proposed] Order]<br><br>FPTC: May 31, 2024<br>TIME: 1:00 PM<br>DEPT: 6B, 6th Floor |

///
///
///
///
///
///

1

I, MUNA BUSAILAH, declare:

1.  I am an attorney, duly licensed to practice before this Court and all courts of the State of California. I am a partner with the firm of Stone Busailah, LLP, the attorney of record for Defendants Jose Zavala and Julio Quintanilla in this case. I have personal knowledge of, and could and would testify competently to the matters set forth herein.

2.  On May 19, 2023, I caused the Defendants' Designation of Expert Witnesses to be served on Plaintiff's counsel by email. The Designation included the curriculum vitae and fee schedules for experts Edward Flosi and Ronald Kvitne. The Designation also identified the areas of testimony for both experts.

3.  On May 25, 2023, Plaintiff served objections to Defendants' Expert Witness Disclosures.

4.  The same day, on May 25, 2023, I caused the Defendants' Supplemental Designation of Expert Witnesses to be served on plaintiff's counsel. The Supplemental Disclosures included the expert reports of Edward Flosi and Ronald Kvitne as Exhibits A and B, respectively.

5.  Rebuttal expert disclosure deadline was June 2, 2023. The expert discovery cut-off date was June 23, 2023, nearly a month after Plaintiff served objections to defendants' supplemental disclosures. Plaintiff claims he was "prejudiced in his ability to conduct expert discovery and potentially serve a rebuttal designation", but

1

has made no effort to meet and confer to seek additional time in order to designate a rebuttal expert nor has he sought to conduct expert discovery.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on May 3, 2024, at Pasadena, California.

                                                      /s/ Muna Busailah
                                             MUNA BUSAILAH, Declarant