MICHAEL P. STONE, SBN 91142
MUNA BUSAILAH, SBN 166328
Email: m.busailah@police-defense.com
Members of **STONE BUSAILAH, LLP**
*A Partnership of Professional Law Corporations*
Email: d.danial@police-defense.com
1055 East Colorado Boulevard, Suite 320
Pasadena, California 91106
Telephone: (626) 683-5600
Facsimile: (626) 683-5656

Attorneys for Defendants *JOSE ZAVALA, JULIO QUINTANILLA*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGARITO T. LOPEZ individually and as successor in interest to Margarito E. Lopez, Deceased; SONIA TORRES, KENI LOPEZ, and ROSY LOPEZ, individually,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF LOS ANGELES; JOSE ZAVALA; JULIO QUINTANILLA; and DOES 1-10, inclusive,<br><br>Defendants | **Case No.: 2:22-cv-07534-FLA-MAAx**<br><br>Hon. Judge Fernando L. Aenlle-Rocha,<br><br>Hon. Mag. Maria A. Audero<br><br><br>**DEFENDANTS' WITNESS LIST**<br><br>FPTC: May 31, 2024<br><br>Trial: July 16, 2024 |

1

| Witness's Name*, Title, Affiliation (If Relevant) | Summary of Testimony / Why Testimony Is Unique | Direct Exam (Hours) | Cross Exam (Hours) | Dates of Testimony |
|---|---|---|---|---|
| Officer Jose Zavala | Responding officer, testimony re pre-arrival considerations, location, surroundings, actions, intent, and other related matters regarding his use of lethal force and witnessing less lethal force. | 1.5 | 1.0 | [Leave blank. To be filled in during trial] |
| Officer Julio Quintanilla | Responding officer, testimony re pre-arrival considerations, location, surroundings, actions, intent, and other related matters regarding his use of lethal force and witnessing less lethal force. | 1.5 | 1.0 | |
| Sergeant Christopher Burke | On-scene Supervisor, testimony re pre-arrival considerations, location, surroundings, actions, intent, tactical considerations and other related matters at the time of incident and witnessing uses of force. | .8 | 0.7 | |
| Officer Alex Yim | Responding officer, testimony re pre-arrival considerations, location, surroundings, actions, intent, and other related matters regarding his use of less lethal force and witnessing lethal force. | .8 | 0.7 | |
| Officer Jose Jaime | Responding officer, testimony re pre-arrival considerations, location, surroundings, actions, intent, and other related matters at the time of incident and witnessing uses of force. | .8 | 0.7 | |

| Witness's Name*, Title, Affiliation (If Relevant) | Summary of Testimony / Why Testimony Is Unique | Direct Exam (Hours) | Cross Exam (Hours) | Dates of Testimony |
|---|---|---|---|---|
| Officer Enrique Meraz | Responding officer, testimony re pre-arrival considerations, location, surroundings, actions, intent, and other related matters at the time of incident and witnessing uses of force. | .8 | 0.7 | |
| Officer Brandon Prisk | Responding officer, testimony re pre-arrival considerations, location, surroundings, actions, intent, and other related matters at the time of incident and witnessing uses of force. | .8 | 0.7 | |
| Tannor Agor | LAFD Fire/Paramedic Witness rendered pre-hospital emergency medical treatment at scene. | .5 | 0.7 | |
| Matthew Farris | LAFD Fire/Paramedic Witness rendered pre-hospital emergency medical treatment at scene. | .5 | 0.7 | |
| Eric Lazar | LAFD Fire/Paramedic Witness rendered pre-hospital emergency medical treatment at scene. | .5 | 0.4 | |
| Craig Shubsda | LAFD Fire/Paramedic Witness rendered pre-hospital emergency medical treatment at scene. | .5 | 0.4 | |
| Nicholas Vasquez | Witness to decedent's actions prior to law enforcement arrival; called 911 after decedent confronted him with the knife. | .6 | 0.5 | |
| Bryce L. Hunt, M.D. | Medical Examiner – Performed medical examination of decedent and prepared autopsy report. | .7 | 0.7 | |

| Witness's Name*, Title, Affiliation (If Relevant) | Summary of Testimony / Why Testimony Is Unique | Direct Exam (Hours) | Cross Exam (Hours) | Dates of Testimony |
|---|---|---|---|---|
| Dr. Joshua Spring, MD* | USC Medical Center doctor observed and treated decedents injuries at hospital. | .7 | 0.6 | |
| Dr. Brian Knipp, MD* | USC Medical Center doctor observed and treated decedents injuries at hospital. | .7 | 0.6 | |
| Sarah Buxton de Quintana | Supervising Criminalist Toxicology investigated death of decedent and prepared toxicology report | .7 | 0.6 | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

*Indicates that witness will be called only if the need arises.