Dale K. Galipo (Bar No. 144074)
dalekgalipo@yahoo.com
LAW OFFICES OF DALE K. GALIPO
21800 Burbank Boulevard, Suite 310
Woodland Hills, California 91367
Telephone:   (818) 347-3333
Facsimile:   (818) 347-4118

CARRILLO LAW FIRM, LLP
Luis A. Carrillo (Bar No. 70398)
Michael S. Carrillo (Bar No. 258878)
1499 Huntington Drive, Suite 402
 South Pasadena, CA 91030
Tel: (626) 799-9375
Fax: (626) 799-9380

*Attorneys for Plaintiffs*

MICHAEL P. STONE, SBN 91142
MUNA BUSAILAH, SBN 166328
Email: m.busailah@police-defense.com
Members of **STONE BUSAILAH, LLP**
*A Partnership of Professional Law Corporations*
Email: d.danial@police-defense.com
1055 East Colorado Boulevard, Suite 320
Pasadena, California  91106
Telephone: (626) 683-5600
Facsimile:  (626) 683-5656

Attorneys for Defendants *JOSE ZAVALA,*
*JULIO QUINTANILLA*

1
JOINT EXHIBIT LIST

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

MARGARITO T. LOPEZ individually and as successor in interest to Margarito E. Lopez, Deceased; SONIA TORRES, KENI LOPEZ, and ROSY LOPEZ, individually,

          Plaintiffs,

    vs.

CITY OF LOS ANGELES; JOSE ZAVALA; JULIO QUINTANILLA; and DOES 1-10, inclusive,

          Defendants.

Case No. **2:22-cv-07534-FLA-MAAx**

**JOINT EXHIBIT LIST**

Trial Date: July 16, 2024

FPTC: July 16, 2024

2
JOINT EXHIBIT LIST

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 1. | Photographs of the Scene | | FRE 401, 403 | | |
| 2. | Diagrams of the Scene | | FRE 401, 403 | | |
| 3. | Photograph of Julio Quintanilla's Firearm | | FRE 401, 403 | | |
| 4. | Photograph of Jose Zavala's Firearm | | FRE 401, 403 | | |
| 5. | Photograph of Julio Quintanilla in Uniform | | FRE 401, 403 | | |
| 6. | Photograph of Jose Zavala in Uniform | | FRE 401, 403 | | |
| 7. | Sergeant Christopher Burke's Body Worn Camera Video (DEF 2340, 2341, 2342) (complete video and clips from the video) | | | | |
| 8. | Officer Jose Jaime's Body Worn Camera Video (DEF 2343) (complete video and clips from the video) | | | | |
| 9. | Officer Jesse Lopez's Body Worn Camera Video (DEF | | | | |

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | 2344) (complete video and clips from the video) | | | | |
| 10. | Officer Enrique Meraz Body Worn Camera Video (DEF 2345) (complete video and clips from the video) | | | | |
| 11. | Officer Brandon Prisk Body Worn Camera Video (DEF 2346) (complete video and clips from the video) | | | | |
| 12. | Officer Julio Quintanilla Body Worn Camera Video (DEF 2347) (complete video and clips from the video) | | | | |
| 13. | Officer Alex Yim Body Worn Camera Video (DEF 2348) (complete video and clips from the video) | | | | |
| 14. | Officer Jose Zavala Body Worn Camera Video (DEF 2349) (complete video and clips from the video) | | | | |

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 15. | Composite Video by Expert Cole Young | | Def Objections: Authenticity; FRE 702, 703, 401, 403 | | |
| 16. | Stills from Officer Julio Quintanilla's Body Worn Camera Video | | | | |
| 17. | Stills from Officer Jose Zavala's Body Worn Camera Video | | | | |
| 18. | Stills from Officer Enrique Meraz Body Worn Camera Video | | | | |
| 19. | Interview of Officer Jose Zavala<br>   a.  Audio<br>   b.  Transcript for Identification Only | | Def Objection: Hearsay<br><br>Plaintiffs intend to use the interview for impeachment, prior inconsistent statements, and admissions. | | |
| 20. | Interview of Officer Julio Quintanilla<br>   c.  Audio<br>   d.  Transcript for Identification Only | | Def Objection: Hearsay<br><br>Plaintiffs intend to use the interview for impeachment, prior inconsistent statements, and admissions. | | |

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 21. | Relevant Portions Autopsy Report (Identification Only) | | Hearsay | | |
| 22. | Selected Autopsy Photographs | | Def Objections: FRE 401, 403 | | |
| 23. | Photographs of Plaintiffs with Decedent. | | Def Objections: Authenticity, FRE 401, 403 | | |
| 24. | Photographs of Decedent during his lifetime | | Def Objection: Authenticity, FRE 401, 403 | | |
| 25. | Funeral and Burial Expenses | | Def Objections: FRE 401, 403 | | |
| 26. | Paramedic/LAFD Run Sheets (Identification Only) | | Hearsay | | |
| 27. | Relevant portions of Decedent Margarito Lopez's LAC-USC Medical Records | | Hearsay; Certain portions subject to Plaintiffs' MIL No. 1 | | |
| 28. | Incident Recall (CAD Summary) | | Hearsay | | |
| 29. | Rosy Lopez 911 call (DEF 2339) | | Plaintiffs' Objection: Subject of Plaintiffs' MIL No. 1; FRE 401, 403 | | |

JOINT EXHIBIT LIST

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 30. | Rosy Lopez 911 call 2 (DEF 2338) | | Plaintiffs' Objections: Subject of Plaintiffs' MIL No. 1; FRE 401, 403 | | |
| 31. | Dispatch audio initial (DEF 2336) | | | | |
| 32. | Nicholas Vasquez 911 call (DEF 2335) | | Plaintiffs' Objections: Subject of Plaintiffs' MIL No. 1; FRE 401, 403 | | |
| 33. | Dispatch audio cont. (DEF 2334) | | | | |
| 34. | Toxicology Report (DEF 1197 and DEF 1206-08 | | Plaintiffs' Objections: Subject of Plaintiffs' MIL No. 1; FRE 401, 403, 404, 801, 802 (hearsay) | | |

JOINT EXHIBIT LIST

The undersigned counsel respectfully submit the foregoing Joint Exhibit List.  Counsel for all Parties reserve their rights to file an amended exhibit list and/or to identify additional exhibits as permitted by this Court.


DATED:  May 3, 2024                LAW OFFICES OF DALE K. GALIPO



By  _/s/ Renee V. Masongsong_____
    Dale K. Galipo
    Renee V. Masongsong
    Shannon J. Leap
    Attorneys for Plaintiffs



DATED:  May 3, 2024                CARRILLO LAW FIRM, LLP



By  _/s/ Renee V. Masongsong_____
    Luis A. Carrillo
    Michael Carrillo
    Attorneys for Plaintiffs



//

JOINT EXHIBIT LIST

1

Date: May 3, 2024              STONE BUSAILAH, LLP

2

3

By:  _/s/ Muna Busailah_____

4

MUNA BUSAILAH, Esq.

Attorney for Defendants JOSE ZAVALA,

5

JULIO QUINTANILLA

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

JOINT EXHIBIT LIST