| | |
|---|---|
| Dale K. Galipo (Bar No. 144074)<br>dalekgalipo@yahoo.com<br>Renee V. Masongsong (Bar No. 281819)<br>rvalentine@galiplolaw.com<br>LAW OFFICES OF DALE K. GALIPO<br>21800 Burbank Boulevard, Suite 310<br>Woodland Hills, California 91367<br>Telephone: (818) 347-3333<br>Facsimile: (818) 347-4118<br><br>*Attorneys for Plaintiffs* | CARRILLO LAW FIRM, LLP<br>Luis A. Carrillo (Bar No. 70398)<br>Michael S. Carrillo (Bar No. 258878)<br>1499 Huntington Drive, Suite 402<br>South Pasadena, CA 91030<br>Tel: (626) 799-9375<br>Fax: (626) 799-9380<br>*Attorneys for Plaintiffs* |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARGARITO T. LOPEZ individually and as successor in interest to Margarito E. Lopez, Deceased; SONIA TORRES, KENI LOPEZ, and ROSY LOPEZ, individually,<br><br>    Plaintiffs,<br><br>vs.<br><br>CITY OF LOS ANGELES; JOSE ZAVALA; JULIO QUINTANILLA; and DOES 1-10, inclusive,<br><br>                       Defendants | **Case No.: 2:22-cv-07534-FLA-MAAx**<br><br>Hon. Judge Fernando L. Aenlle-Rocha,<br><br>Hon. Mag. Maria A. Audero<br><br><br>PLAINTIFFS' WITNESS LIST<br><br><br>FPTC: May 31, 2024<br><br>Trial: July 16, 2024 |

1

| Witness's Name*, Title, Affiliation (If Relevant) | Summary of Testimony / Why Testimony Is Unique | Direct Exam (Hours) | Cross Exam (Hours) | Dates of Testimony |
|---|---|---|---|---|
| Officer Jose Zavala | (Defendant) Facts of the incident; police training | 1.5 | 1.0 | |
| Officer Julio Quintanilla | (Defendant) Facts of the incident; police training | 1.5 | 1.0 | |
| Sergeant Christopher Burke | Facts of the incident; police training | 0.7 | .5 | |
| Officer Alex Yim | Facts of the incident; police training | 0.7 | .5 | |
| Officer Jose Jaime | Facts of the incident; police training | 0.7 | .5 | |
| Officer Enrique Meraz | Facts of the incident; police training | 0.7 | .5 | |
| Margarito T. Lopez | (Plaintiff) Observations of the incident; damages | 0.7 | 1.5 | |
| Sonia Torres | (Plaintiff) Observations of the incident; damages | 0.5 | 1.0 | |
| Rosy Lopez | (Plaintiff) Observations of the incident; damages | 0.5 | 1.0 | |
| Keni Lopez | (Plaintiff) Observations of the incident; damages | 0.5 | 1.0 | |
| Bryce L. Hunt, M.D. | (Medical Examiner) Decedent's injuries, cause and manner of death; observations made at autopsy | 0.7-0.8 | .5 | |

| Witness's Name*, Title, Affiliation (If Relevant) | Summary of Testimony / Why Testimony Is Unique | Direct Exam (Hours) | Cross Exam (Hours) | Dates of Testimony |
|---|---|---|---|---|
| Scott A. DeFoe | (Plaintiffs' police practices expert) Police standards and training; opinions made in Mr. DeFoe's Rule 26 report and at the time of deposition | 1.0 – 1.5 | 1.0 | |
| Dr. Bennet Omalu, M.D. | (Plaintiffs' medical expert) Decedent's pre-death pain and suffering; trajectory; cause and manner of death; opinions made in Dr. Omalu's Rule 26 report and at the time of deposition | 1.0 – 1.5 | 1.0 | |
| Cole Young* | (Plaintiffs' video analysis expert) Preparation of Plaintiffs' video compilation; opinions made in Mr. Cole's Rule 26 report and at the time of deposition | 0.5 | 0.5 | |
| John Gardiner* | (Plaintiffs' biomechanical expert) Preparation of Plaintiffs' video compilation; opinions made in Mr. Gardiner's Rule 26 report and at the time of deposition | 0.5 | 0.5 | |
| Tannor Agor* | (LAFD EMT/Paramedic) Decedent's injuries and condition after the shooting; medical care provided on scene | 0.4 | 0.7 | |
| Matthew Farris* | (LAFD EMT/Paramedic) Decedent's injuries and condition after the shooting; medical care provided on scene | 0.4 | 0.7 | |

| Witness's Name*, Title, Affiliation (If Relevant) | Summary of Testimony / Why Testimony Is Unique | Direct Exam (Hours) | Cross Exam (Hours) | Dates of Testimony |
|---|---|---|---|---|
| Eric Lazar* | (LAFD EMT/Paramedic) Decedent's injuries and condition after the shooting; medical care provided on scene | 0.4 | 0.4 | |
| Craig Shubsda* | (LAFD EMT/Paramedic) Decedent's injuries and condition after the shooting; medical care provided on scene | 0.4 | 0.4 | |
| Joshua Spring, MD* | Decedent's injuries and condition after the shooting; medical care provided | 0.4 | 0.6 | |
| Brian Knipp, MD* | Decedent's injuries and condition after the shooting; medical care provided | 0.4 | 0.6 | |

*Indicates that witness may be called if needed.

Plaintiffs reserve their right to amend this witness list as permitted by this Court.

DATED:  May 3, 2024          LAW OFFICES OF DALE K. GALIPO

By  /s/ Renee V. Masongsong
    Dale K. Galipo
    Renee V. Masgonsong
    Shannon J. Leap
    Attorneys for Plaintiffs

DATED: May 3, 2024                CARRILLO LAW FIRM, LLP


By  /s/ Michael Carrillo
‎    Luis A. Carrillo
‎    Michael Carrillo
‎    Attorneys for Plaintiffs


The undersigned defense counsel has provided the above time estimates for cross examination.

Date: May 3, 2024                 STONE BUSAILAH, LLP


By:  /s/ Muna Busailah
‎    MUNA BUSAILAH, Esq.
‎    Attorney for Defendants JOSE ZAVALA,
‎    JULIO QUINTANILLA