LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo (Bar No. 144074)
dalekgalipo@yahoo.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, California 91367
Telephone: (818) 347-3333
Facsimile: (818) 347-4118

CARRILLO LAW FIRM, LLP
Luis A. Carrillo (Bar No. 70398)
Michael S. Carrillo (Bar No. 258878)
1499 Huntington Drive, Suite 402
South Pasadena, CA 91030
Tel: (626) 799-9375
Fax: (626) 799-9380

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGARITO T. LOPEZ individually and as successor in interest to Margarito E. Lopez, Deceased; SONIA TORRES, KENI LOPEZ, and ROSY LOPEZ, individually,<br><br>    Plaintiffs,<br><br>    vs.<br><br>CITY OF LOS ANGELES; JOSE ZAVALA; JULIO QUINTANILLA; and DOES 1-10, inclusive,<br><br>    Defendants. | **Case No.: 2:22-cv-07534-FLA-MAAx**<br>Hon. Judge Fernando L. Aenlle-Rocha,<br>Hon. Mag. Maria A. Audero<br><br>**JOINT STIPULATION RE: EXPERT TESTIMONY**<br><br>FPTC: May 31, 2024<br>Trial: July 16, 2024 |

JOINT STIPULATION

**TO THE HONORABLE COURT:**

After meet and confer discussions regarding the motions in limine and other pretrial matters, Plaintiffs MARGARITO T. LOPEZ individually and as successor in interest to Margarito E. Lopez, Deceased; SONIA TORRES, KENI LOPEZ, and ROSY LOPEZ, individually ("Plaintiffs"), and Defendants CITY OF LOS ANGELES, JULIO QUINTANILLA, and JOSE ZAVALA, ("Defendants") (collectively "the Parties") through their respective counsel of record, hereby stipulate as follows:

1. Defendants will not call any police practices expert at the trial of the above-referenced matter, including James Borden or any other person purporting to be a police practices expert.

DATED: May 3, 2024         LAW OFFICES OF DALE K. GALIPO

By /s/ Renee V. Masongsong
Dale K. Galipo
Renee V. Masgonsong
Shannon J. Leap
Attorneys for Plaintiffs

Date: May 3, 2024         STONE BUSAILAH, LLP

By: /s/ Muna Busailah
MUNA BUSAILAH, Esq.
Attorney for Defendants JOSE ZAVALA, JULIO QUINTANILLA