1
2
3
4
5

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGARITO T. LOPEZ individually and as successor in interest to Margarito E. Lopez, Deceased; SONIA TORRES, KENI LOPEZ, and ROSY LOPEZ, individually,<br><br>　　　　　Plaintiffs,<br><br>　　vs.<br><br>CITY OF LOS ANGELES; JOSE ZAVALA; JULIO QUINTANILLA; and DOES 1-10, inclusive,<br><br>　　　　　Defendants. | **Case No.: 2:22-cv-07534-FLA-MAAx**<br>Hon. Judge Fernando L. Aenlle-Rocha,<br>Hon. Mag. Maria A. Audero<br><br>**[PROPOSED] ORDER GRANTING THE PARTIES' JOINT STIPULATION RE: EXPERT TESTIMONY**<br><br>FPTC: May 31, 2024<br>Trial: July 16, 2024 |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    Having reviewed the Parties' Joint Stipulation re: Expert Testimony, it is hereby ordered as follows: Defendants will not call any police practices expert at the trial of the above-referenced matter, including James Borden or any other person purporting to be a police practices expert.

IT IS SO ORDERED.

DATED:_____     _____
                                              Judge Fernando L. Aenlle-Rocha
                                              United States District Judge