1
2
3
4
5
6
7
8
9

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARGARITO T. LOPEZ individually and as successor in interest to Margarito E. Lopez, Deceased; SONIA TORRES, KENI LOPEZ, and ROSY LOPEZ, individually,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF LOS ANGELES; JOSE ZAVALA; JULIO QUINTANILLA; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 2:22-cv-07534-FLA-MAAx<br><br>Hon. Judge Fernando L. Aenlle-Rocha<br>Hon. Mag. Maria A. Audero<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION IN LIMINE NO. 1 TO EXCLUDE INFORMATION UNKNONWN TO THE DEFENDANTS AT THE TIME OF THE INCIDENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Having reviewed Plaintiffs' Motion in Limine No. 1 to Exclude Information unknown to the officers at the time of their use of excessive force and GOOD CAUSE appearing therein, Plaintiffs' Motion is HEREBY GRANTED. Information unknown to the officers at the time of the incident is hereby excluded.

IT IS SO ORDERED.

DATED:_____     _____
                          Judge Fernando L. Aenlle-Rocha
                          United States District Judge

2

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION IN LIMINE NO.1 TO EXCLUDE INFORMATION UNKNOWN TO THE OFFICERS AT THE TIME OF THEIR USE OF EXCESSIVE FORCE