# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGARITO T. LOPEZ individually and as successor in interest to Margarito E. Lopez, Deceased; SONIA TORRES, KENI LOPEZ, and ROSY LOPEZ, individually,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF LOS ANGELES; JOSE ZAVALA; JULIO QUINTANILLA; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 2:22-cv-07534-FLA-MAAx<br><br>Hon. Judge Fernando L. Aenlle-Rocha<br>Hon. Mag. Maria A. Audero<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION IN LIMINE NO. 2 TO EXCLUDE ARGUMENT REGARDING "SUICIDE BY COP" THEORY**<br><br>FPTC:   May 31, 2024<br>Trial:    July 16, 2024 |

1  **TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

2      Having reviewed Plaintiffs' Motion in Limine No. 2 to Exclude reference
3  to "suicide by cop" theory and GOOD CAUSE appearing therein, Plaintiffs'
4  Motion is HEREBY GRANTED.  Argument and reference to "suicide by cop"
5  theory is excluded.

7      IT IS SO ORDERED.

12  DATED:_____        _____
13                                               Judge Fernando L. Aenlle-Rocha
                                             United States District Judge

[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION IN LIMINE NO. 2 TO EXCLUDE ARGUMENT REGARDING "SUICIDE BY COP" THEORY