# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGARITO T. LOPEZ individually and as successor in interest to Margarito E. Lopez, Deceased; SONIA TORRES, KENI LOPEZ, and ROSY LOPEZ, individually,<br><br>  Plaintiffs,<br><br>  vs.<br><br>CITY OF LOS ANGELES; JOSE ZAVALA; JULIO QUINTANILLA; and DOES 1-10, inclusive,<br><br>  Defendants. | Case No.: 2:22-cv-07534-FLA-MAAx<br><br>Hon. Judge Fernando L. Aenlle-Rocha<br>Hon. Mag. Maria A. Audero<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION IN LIMINE NO. 3 TO EXCLUDE EVIDENCE OF PERSONNEL RECORDS OF PLAINTIFFS' EXPERT SCOTT DEFOE, OBTAINED FROM THE RIVERSIDE COUNTY SHERIFFS' DEPARTMENT**<br><br>FPTC:  May 31, 2024<br>Trial:  July 16, 2024 |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    Having reviewed Plaintiffs' Motion in Limine No. 3 to exclude evidence of personnel records of plaintiffs' expert Scott Defoe, obtained from the Riverside County Sheriffs' Department and GOOD CAUSE appearing therein, Plaintiffs' Motion is HEREBY GRANTED. evidence of personnel records of plaintiffs' expert Scott Defoe, obtained from the Riverside County Sheriffs' Department is excluded.

    IT IS SO ORDERED.

DATED:_____        _____
                              Judge Fernando L. Aenlle-Rocha
                              United States District Judge

2

[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION IN LIMINE NO. 3 TO EXCLUDE EVIDENCE OF PERSONNEL RECORDS OF PLAINTIFFS' EXPERT SCOTT DEFOE, OBTAINED FROM THE RIVERSIDE COUNTY SHERIFFS' DEPARTMENT