# EXHIBIT 1

**MARGARITO T. LOPEZ, ET AL. vs CITY OF LOS ANGELES, ET AL.**
Confidential                    Jose Zavala on 07/27/2023

```
 1                UNITED STATES DISTRICT COURT

 2                CENTRAL DISTRICT OF CALIFORNIA

 3

 4   MARGARITO T. LOPEZ, SONIA TORRES,    )
     KENI LOPEZ, ROSY LOPEZ,             )
 5                                        )
                  Plaintiffs,             )
 6                                        )
                  vs.                     )Case No.
 7                                        )2:22-CV-07534-FLA-MAA
     CITY OF LOS ANGELES, JOSE ZAVALA,    )
 8   JULIO QUNITANILLA, and DOES 1 through )
     10, inclusive,                       )
 9                                        )
                  Defendants.             )
10   _____)

11

12

13        [CONTAINS CONFIDENTIAL TESTIMONY PORTIONS]
               [PAGES 37-39 BOUND SEPARATELY]
14

15        REMOTE VIDEOCONFERENCE DEPOSITION OF

16                    JOSE ZAVALA

17              THURSDAY, JULY 27, 2023

18

19

20

21

22

23   Reported Stenographically By:

24   Jinna Grace Kim, CSR No. 14151

25   Job No.:  459255
```

1                    UNITED STATES DISTRICT COURT

2                   CENTRAL DISTRICT OF CALIFORNIA

3

4    MARGARITO T. LOPEZ, SONIA TORRES,      )
     KENI LOPEZ, ROSY LOPEZ,                )
5                                           )
                     Plaintiffs,            )
6                                           )
                     vs.                    )Case No.
7                                           )2:22-CV-07534-FLA-MAA
     CITY OF LOS ANGELES, JOSE ZAVALA,      )
8    JULIO QUNITANILLA, and DOES 1 through  )
     10, inclusive,                         )
9                                           )
                     Defendants.            )
10   _____)

11

12

13

14          The remote videoconference deposition of JOSE

15   ZAVALA, taken on behalf of the Plaintiffs, beginning at 10:08

16   a.m., and ending at 12:34 p.m., on Thursday, July 27, 2023,

17   before Jinna Grace Kim, Certified Stenographic Shorthand

18   Reporter No. 14151.

19

20

21

22

23

24

25

```
 1      APPEARANCES OF COUNSEL:

 2
        For the Plaintiffs:
 3
                LAW OFFICES OF DALE K. GALIPO
 4              BY:  DALE K. GALIPO, ESQ.
                BY:  RENEE V. MASONGSONG, ESQ.
 5              BY:  SHANNON LEAP, ESQ.
                21800 Burbank Boulevard, Suite 310
 6              Woodland Hills, California 91367
                Tel:  818-347-3333
 7              Fax:  818-347-4118
                E-mail:  dalekgalipo@yahoo.com
 8              E-mail:  rvalentine@galipolaw.com
                E-mail:  sleap@galipolaw.com
 9

10              CARRILLO LAW FIRM, LLP
                BY:  MICHAEL S. CARRILLO, ESQ.
11              1499 Huntington Drive, Suite 402
                South Pasadena, California 91030
12              Tel:  626-799-9375
                Fax:  626-799-9380
13              E-mail:  mc@carrillofirm.com

14
        For the Defendants:
15
                CITY OF LOS ANGELES
16              BY:  TY A. FORD, ESQ.
                City Hall East
17              200 N. Main Street, 6th Floor
                Los Angeles, California 90012
18              Tel:  213-978-7047
                Fax:  213-978-8785
19              E-mail:  ty.ford@lacity.org

20

21              STONE BUSAILAH, LLP
                BY:  MUNA BUSAILAH, ESQ.
22              1055 East Colorado Boulevard, Suite 320
                Pasadena, California 91106
23              Tel:  626-683-5656
                Fax:  (none)
24              E-mail:  m.busailah@police-defense.com

25
```

**MARGARITO T. LOPEZ, ET AL. vs CITY OF LOS ANGELES, ET AL.**
Confidential                 Jose Zavala on 07/27/2023                 Page 15

1      Q.   And during that seven or eight minutes before he sat

2   on the bottom of the steps, did you observe him try to attack

3   anyone with this object in his hand?

4      A.   No, sir.

5      Q.   Did you have any specific information as of the time

6   he was sitting at the bottom of the steps, that he had

7   specifically injured anyone else?

8      A.   Besides him chasing citizens with the butcher knife

9   and threatening himself, no, sir.

10     Q.   To your knowledge, was medical called for anyone

11  that was injured?

12     A.   Yes, sir.  I requested a rescue ambulance upon

13  arrival to the scene.

14     Q.   Right.  But you requested that in part for Margarito

15  Lopez.

16     A.   Yes, sir.

17     Q.   I'm just wondering if you had information

18  specifically that he had injured or cut someone else with

19  that object?

20     A.   No, sir.

21     Q.   Any information that he had a criminal history

22  before that date?

23     A.   No, sir.

24     Q.   Had you ever seen him before to, your knowledge?

25     A.   No, sir.

```
 1              DECLARATION UNDER PENALTY OF PERJURY

 2

 3   Case Name:  Margarito T. Lopez, et al. vs. City of Los

 4   Angeles, et al.

 5   Date of Deposition:  July 27, 2023

 6   Job No.:  459255

 7

 8           I, _____, hereby certify

 9   under penalty of perjury under the laws of the State of

10   California that the foregoing is true and correct.

11           Executed this _____ day of _____,

12   20____, at _____, California.

13

14

15

16

17

18              _____

19                      JOSE ZAVALA

20

21

22

23

24

25
```