# EXHIBIT 2

```
 1                    STATES DISTRICT COURT

 2                  CENTRAL DISTRICT OF CALIFORNIA

 3

 4   MARGARITO T. LOPEZ, SONIA TORRES,    )
     KENI LOPEZ, ROSY LOPEZ,              )
 5                                        )
              Plaintiffs,                 )
 6                                        )
              vs.                         )Case No.
 7                                        )2:22-CV-07534-FLA-MAA
     CITY OF LOS ANGELES, JOSE ZAVALA,    )
 8   JULIO QUNITANILLA, and DOES 1 through)
     10, inclusive,                       )
 9                                        )
              Defendants.                 )
10   _____)

11

12

13         [CONTAINS CONFIDENTIAL TESTIMONY PORTIONS]
              [PAGES 71-74 BOUND SEPARATELY]
14

15         REMOTE VIDEOCONFERENCE DEPOSITION OF

16                   JULIO QUINTANILLA

17               THURSDAY, JULY 27, 2023

18

19

20

21

22

23   Reported Stenographically  By:

24   Jinna Grace Kim, CSR No. 14151

25   Job No.:  459255
```

```
 1                    UNITED STATES DISTRICT COURT

 2                   CENTRAL DISTRICT OF CALIFORNIA

 3

 4   MARGARITO T. LOPEZ, SONIA TORRES,    )
     KENI LOPEZ, ROSY LOPEZ,              )
 5                                        )
                    Plaintiffs,           )
 6                                        )
                 vs.                      )Case No.
 7                                        )2:22-CV-07534-FLA-MAA
     CITY OF LOS ANGELES, JOSE ZAVALA,    )
 8   JULIO QUNITANILLA, and DOES 1 through)
     10, inclusive,                       )
 9                                        )
                    Defendants.           )
10   _____)

11

12

13

14        The remote videoconference deposition of JULIO

15   QUINTANILLA, taken on behalf of the Plaintiffs, beginning at

16   1:29 p.m., and ending at 3:39 p.m., on Thursday, July 27,

17   2023, before Jinna Grace Kim, Certified Stenographic

18   Shorthand Reporter No. 14151.

19

20

21

22

23

24

25
```

```
 1    APPEARANCES OF COUNSEL:

 2
      For the Plaintiffs:
 3
                LAW OFFICES OF DALE K. GALIPO
 4              BY:   DALE K. GALIPO, ESQ.
                BY:   RENEE V. MASONGSONG, ESQ.
 5              BY:   SHANNON LEAP, ESQ.
                21800 Burbank Boulevard, Suite 310
 6              Woodland Hills, California 91367
                Tel:  818-347-3333
 7              Fax:  818-347-4118
                E-mail:  dalekgalipo@yahoo.com
 8              E-mail:  rvalentine@galipolaw.com
                E-mail:  sleap@galipolaw.com
 9

10              CARRILLO LAW FIRM, LLP
                BY:   MICHAEL S. CARRILLO, ESQ.
11              1499 Huntington Drive, Suite 402
                South Pasadena, California 91030
12              Tel:  626-799-9375
                Fax:  626-799-9380
13              E-mail:  mc@carrillofirm.com

14
      For the Defendants:
15
                CITY OF LOS ANGELES
16              BY:  TY A. FORD, ESQ.
                City Hall East
17              200 N. Main Street, 6th Floor
                Los Angeles, California 90012
18              Tel:  213-978-7047
                Fax:  213-978-8785
19              E-mail:  ty.ford@lacity.org

20

21              STONE BUSAILAH, LLP
                BY:   MUNA BUSAILAH, ESQ.
22              1055 East Colorado Boulevard, Suite 320
                Pasadena, California 91106
23              Tel:  626-683-5656
                Fax:  (none)
24              E-mail:  m.busailah@police-defense.com

25
```

```
 1     Q.   You were partnered up with another officer at the
 2   time?
 3     A.   With Officer Zavala, yes.
 4     Q.   You were both riding in the same car?
 5     A.   Yes.
 6     Q.   And was that the first day you were partners with
 7   Officer Zavala, or had you been partners prior to that day?
 8     A.   We were partners prior to that day.
 9     Q.   How long approximately had you been partners with
10   Officer Zavala?
11     A.   On and off approximately two years.
12     Q.   And was he driving the car that day?
13     A.   Yes, he was.
14     Q.   When you first saw Mr. Lopez, was he sitting down on
15   the steps?
16     A.   When I first arrived on-scene, he was sitting down
17   holding the butcher knife to his neck on the steps.
18     Q.   Did you notice at first whether he had any injuries
19   to himself?
20     A.   I didn't observe that.
21     Q.   Did you have any specific information that anyone
22   else had been injured at that time?
23     A.   I knew that he had chased citizens with a butcher
24   knife, and I hoped that no citizen had got stabbed or cut,
25   but I wasn't a 100 percent sure if a victim had, in fact,
```

```
 1    been injured by him chasing them.
 2         Q.    I'm just wondering whether something was broadcast
 3    over the police radio that he had injured anyone.
 4         A.    Besides him chasing someone with a butcher knife, I
 5    don't believe I heard anything else.
 6         Q.    Did you have an understanding as to whether or not
 7    he lived at that residence?
 8         A.    No.  I didn't know where he lived at.
 9         Q.    Did you know his name at the time?
10         A.    No.
11         Q.    Did you know if he had any criminal history, for
12    example?
13         A.    I didn't know if he had criminal history.
14         Q.    Were you generally observing him from the open door
15    of your vehicle on the passenger side?
16         A.    Yes.
17         Q.    You said in your statement, and I'm going to quote.
18               "I knew he needed help somehow, you know, and I know
19    he was probably going through something or he was under
20    something."
21               Do you recall saying that in your statement?
22         A.    I do.
23         Q.    Why did you think he was going through something?
24         A.    He was going through an episode based on my training
25    and experience.  You know, people that are under the
```

1      DECLARATION UNDER PENALTY OF PERJURY

2

3   Case Name:  Margarito T. Lopez, et al. vs. City of Los

4   Angeles, et al.

5   Date of Deposition:  July 27, 2023

6   Job No.:  459255

7

8           I, _____, hereby certify

9   under penalty of perjury under the laws of the State of

10  California that the foregoing is true and correct.

11         Executed this _____ day of _____,

12  20____, at _____, California.

13

14

15

16

17

18                              _____
                                    JULIO QUINTANILLA
19

20

21

22

23

24

25