# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGARITO T. LOPEZ individually and as successor in interest to Margarito E. Lopez, Deceased; SONIA TORRES, KENI LOPEZ, and ROSY LOPEZ, individually,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF LOS ANGELES; JOSE ZAVALA; JULIO QUINTANILLA; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 2:22-cv-07534-FLA-MAAx<br><br>Hon. Judge Fernando L. Aenlle-Rocha<br>Hon. Mag. Maria A. Audero<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION IN LIMINE NO. 4 TO PRECLUDE DEFENDANTS FROM ELICITING EXPERT TESTIMONY IN THE AREA OF POLICE PRACTICES AND PROCEDURES AND USE OF FORCE FROM ANY WITNESS, INCLUDING JAMES BORDEN, FOR FAILURE TO COMPLY WITH RULE 26**<br><br>FPTC:    May 31, 2024<br>Trial:     July 16, 2024 |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

 Having reviewed Plaintiffs' Motion in Limine No. 4 to preclude Defendants from eliciting any testimony in the area of procedures, use of force, and police officer standards from any witness including James Borden for failure to comply with Rule 26 and GOOD CAUSE appearing therein, Plaintiffs' Motion is HEREBY GRANTED. Defendants are precluded from calling James Borden to testify at trial, and are also precluded from eliciting any other testimony in the area of procedures, use of force, and police officer standards from any other witness.

 IT IS SO ORDERED.

DATED:_____　　　　　_____
　　　　　　　　　　　　　　　　　Judge Fernando L. Aenlle-Rocha
　　　　　　　　　　　　　　　　　United States District Judge

2

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION IN LIMINE NO.1 TO EXCLUDE INFORMATION UNKNOWN TO THE OFFICERS AT THE TIME OF THEIR USE OF EXCESSIVE FORCE