CARRILLO LAW FIRM, LLP
Luis A. Carrillo (Bar No. 70398)
Michael S. Carrillo (Bar No. 258878)
1499 Huntington Drive, Suite 402
 South Pasadena, CA 91030
Tel: (626) 799-9375
Fax: (626) 799-9380

LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo (Bar No. 144074)
dalekgalipo@yahoo.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, California 91367
Telephone: (818) 347-3333
Facsimile: (818) 347-4118

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGARITO T. LOPEZ individually and as successor in interest to Margarito E. Lopez, Deceased; SONIA TORRES, KENI LOPEZ, and ROSY LOPEZ, individually,<br><br>                    Plaintiffs,<br><br>          vs.<br><br>CITY OF LOS ANGELES; JOSE ZAVALA; JULIO QUINTANILLA; and DOES 1-10, inclusive,<br><br>                    Defendants. | **Case No.: 2:22-cv-07534-FLA-MAAx**<br>Hon. Judge Fernando L. Aenlle-Rocha, Hon. Mag. Maria A. Audero<br><br><br>**JOINT REPORT RE: STATUS OF SETTLEMENT CONFERENCE**<br><br>FPTC: May 31, 2024<br>Trial: July 16, 2024 |

## <u>TO THE HONORABLE COURT</u>:

The Parties hereby jointly report to the Court on the status of their participation in

the Settlement Conference, in accordance with this Courts' Scheduling Order (Dkt.

27, 48). The Parties conducted mediation on May 7, 2024 with ADR Panel Mediator, Richard Copeland. The mediation did not result in a settlement agreement. The Parties will continue to prepare for trial for the July 16, 2024 trial date.

DATED:  May 8, 2024            LAW OFFICES OF DALE K. GALIPO

                              By _____/s/ Dale K. Galipo_____
                                  Dale K. Galipo
                                  Renee V. Masgonsong
                                  Shannon J. Leap[1]
                                  Attorneys for Plaintiffs

DATED:  May 8, 2024            CARRILLO LAW FIRM, LLP

                              By _____/s/ Michael Carrillo_____
                                  Luis A. Carrillo
                                  Michael Carrillo
                                  Attorneys for Plaintiffs

DATED:  May 9, 2024            LOS ANGELES CITY ATTORNEY'S OFFICE
                              HYDEE FELDSTEIN SOTO, City Attorney
                              DENISE C. MILLS, Chief Deputy City Attorney
                              SCOTT MARCUS, Chief Asst. City Attorney
                              CORY M. BRENTE, Senior Assistant City
                              Attorney

                              By _____/s/ Ty A. Ford_____
                                  Ty A. Ford, Deputy City Attorney
                                  Attorneys For Defendant City Of Los Angeles

Date: May 8, 2024            STONE BUSAILAH, LLP

                              By: ____/s/ Muna Busailah_____
                                  MUNA BUSAILAH, Esq.
                              Attorney for Defendants Jose Zavala, Julio Quintanilla

---

[1] As the filer of this document, I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.