MICHAEL P. STONE, SBN 91142
MUNA BUSAILAH, SBN 166328
Email: m.busailah@police-defense.com
Members of **STONE BUSAILAH, LLP**
*A Partnership of Professional Law Corporations*
Email: d.danial@police-defense.com
1055 East Colorado Boulevard, Suite 320
Pasadena, California 91106
Telephone: (626) 683-5600
Facsimile: (626) 683-5656

*Attorneys for Defendants* **JOSE ZAVALA and JULIO QUINTANILLA**

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARGARITO T. LOPEZ, SONIA TORRES, KENI LOPEZ, ROSY LOPEZ,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF LOS ANGELES, JOSE ZAVALA, JULIO QUINTANILLA, AND DOES 1 THROUGH 10, INCLUSIVE,<br><br>Defendants. | **CASE NO. 2:22-cv-07534-FLA-MAAx**<br><br>[Assigned to Judge Fernando L. Aenlle-Rocha, USDC- Hon. Mag. Maria A. Audero, USDC-Roybal Bldg]<br><br>**DECLARATION OF MUNA BUSAILAH IN SUPPORT OF DEFENDANTS' OPPOSITIONS TO PLAINTIFFS' MOTIONS IN LIMINE**<br><br>*Filed concurrently herewith Defendants' Oppositions to Plaintiffs' Motions in Limine, [Proposed] Orders.*<br><br>FPTC: May 31, 2024<br>TIME: 1:00 PM<br>DEPT: 6B, 6th Floor |

///
///
///
///
///
///
///

## DECLARATION OF MUNA BUSAILAH

I, MUNA BUSAILAH, hereby declare as follows:

1. I am an attorney, duly licensed to practice before this Court and all courts of the State of California. I am a partner with the firm of Stone Busailah, LLP, the attorney of record for Defendants Jose Zavala and Julio Quintanilla in this case. I have personal knowledge of, and could and would testify competently to the matters set forth herein.

2. Attached hereto as "Exhibit A" is a true and correct copy of relevant portions of the deposition of Jose Zavala, dated July 27, 2023.

3. Attached hereto as "Exhibit B" is a true and correct copy of relevant portions of the deposition of Julio Quintanilla, dated July 27, 2023.

4. Attached hereto as "Exhibit C" is a true and correct copy of relevant portions of the deposition of Officer Alex Yim, dated September 20, 2023.

5. Attached hereto as "Exhibit D" is a true and correct copy of relevant portions of the deposition of Officer Jose Jaime, dated September 20, 2023.

6. Attached hereto as "Exhibit E" is a true and correct copy of relevant portions of the deposition of Sergeant Christopher Burke, dated November 3, 2023.

///

///

///

///

1  7.  Attached hereto as "Exhibit F" is a true and correct copy of an electronic message that I caused to be sent to Plaintiffs' counsel transmitting the documents produced in response to the subpoena served upon the Riverside County Sheriff's Department.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on May 16, 2024, at Pasadena, California.

/s/ Muna Busailah
_____
MUNA BUSAILAH, Declarant