# EXHIBIT F

| | |
|---|---|
| From: | Dina Danial |
| To: | "Shannon Leap"; Muna Busailah; rvalentine@galipolaw.com |
| Cc: | Ty Ford; Arcy Carranza; Dale Galipo; Gloria Castillo; Luis A. Carrillo (lac4justice@gmail.com); Michael Carrillo; Miguel Flores; Patricia Zepeda; hr@carrillofirm.com |
| Subject: | RE: Margarito Lopez et al v. City of LA, et al. - Riverside Sheriff"s Department Documents |
| Date: | Wednesday, May 15, 2024 2:57:00 PM |
| Attachments: | Riverside Sheriff"s Department Documents (Confidential subject to protective order).pdf |

Good afternoon,

Please see the below correspondence from Attorney Muna Busailah.

Dear Counsel:

In accordance with the Defendant-Officers' ongoing disclosure and discovery obligations, please see attached documents that were provided by Riverside Sheriff's Department in response to the subpoena served on the Department.

Cordially,

Muna Busailah


Cordially,

*Dina M. Danial*
Certified Paralegal

STONE
BUSAILAH, LLP
A Partnership of Professional Law Corporations
1055 E. Colorado Blvd., Suite 320
Pasadena, California  91106
Telephone:  (626) 683-5600
Facsimile:  (626) 683-5656

CONFIDENTIALITY NOTICE - This e-mail message, including any attachments, is a private communication sent by a law firm, Stone Busailah, LLP, and may contain confidential, legally privileged information meant solely for the intended recipient. If you are not the intended recipient, any use, distribution, or copying of this communication is strictly prohibited. Please notify the sender immediately by replying to this message, then delete the e-mail and any attachments from your system. Thank you.