Luis A. Carrillo, Esq. (SBN 70398)
*Lac4justice@gmail.com*
Michael S. Carrillo, Esq. (SBN 258878)
*mc@carrillofirm.com*
**CARRILLO LAW FIRM, LLP**
1499 Huntington Dr., Ste. 402
South Pasadena, CA 91030
Telephone: 626-799-9375

Dale K. Galipo, Esq. (SBN 144074)
*dalekgalipo@yahoo.com*
**LAW OFFICES OF DALE K. GALIPO**
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
Telephone: (818)347-3333

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGARITO T. LOPEZ individually and as successor in interest to Margarito E. Lopez, Deceased; SONIA TORRES, KENI LOPEZ, and ROSY LOPEZ, individually,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF LOS ANGELES; JOSE ZAVALA; JULIO QUINTANILLA; and DOES 1-10, inclusive,<br><br>Defendants. | **Case No.: 2:22-cv-07534-FLA-MAAx**<br>Hon. Judge Fernando L. Aenlle-Rocha,<br>Hon. Mag. Maria A. Audero<br><br>**PLAINTIFFS' PROPOSED VOIR DIRE**<br><br>FPTC: May 31, 2024<br>Trial: July 16, 2024 |

**TO THE HONORABLE COURT AND TO ALL PARTIES HEREIN:**

  **PLEASE TAKE NOTICE THAT** Plaintiffs hereby submit their [Proposed] Voir Dire Questions.

Respectfully submitted,

DATED: May 17, 2024    LAW OFFICES OF DALE K. GALIPO

           By   /s/ *Dale K. Galipo*
             Dale K. Galipo
             Renee V. Masongsong
             Shannon J. Leap
             Attorneys for Plaintiffs

## PLAINTIFFS' PROPOSED VOIR DIRE QUESTIONS

Plaintiffs hereby respectfully request the Court to ask the jury panel the following proposed voir dire questions as set forth below:

### Questions re: Drug Bias

*Plaintiffs request that this Court voir dire the jury on drug bias only in the event that the Court denies Plaintiffs' motion in limine on that issue (No. 1.).*

1. Do you have any feelings, thoughts, or preconceptions about people who use drugs?
2. Do you think it would be difficult to be fair to both sides if you heard evidence that one of the parties had used drugs?
3. Do you have any particular knowledge or information regarding the effects of drugs on a person?
4. If you heard evidence that one of the parties had used drugs, do you think that you could still find that the officers' conduct was unreasonable?
5. Do you have any feelings, one way or another, about whether a person who uses drugs deserves the same protection from excessive force by police officers as everyone else?

### Questions re: Criminal History

*Plaintiffs request that this Court voir dire the jury on criminal history only in the event that the Court denies Plaintiffs' motion in limine on that issue (No. 1).*

6. Do you know anyone who has ever been arrested?
7. Do you have any feelings, thoughts, or preconceptions about people who have been arrested?

### Questions re: Peace Officer Bias

8. Would you be more likely to believe a police officer's testimony over the testimony of a non-police officer?
9. Do you think a police officer who is a defendant in a civil case is capable of testifying falsely under oath?

10. Do you think that a police officer is capable of testifying falsely under oath to support a fellow officer?
11. Are you or any of your family members or close friends current or former government employees or police officers? If yes, what agency and what type of job?
12. Are you or any of your family members or close friends current or former service members in any division or branch of our military? If yes, what division or branch and what type of job?
13. Are you or is anyone you know a current or former police officer? If yes, who, what agency, and how long?
14. Have you or has anyone you know attended or applied to attend any law enforcement academy or basic training?
15. Have you applied to or are you a member of any branch of the armed forces?
16. Have you or anyone you know worked as or applied to work as a firefighter, paramedic, or other type of emergency response personnel?
17. Does anyone feel that police officers have been unfairly portrayed in the media with respect to the use of force?

**Questions re: Juror Connection to Defendants**

18. Have you, a family member, or any of your close friends had any contact or association with the City of Los Angeles Police Department, or any of their employees? If so, please describe the circumstances of the contact or association.
    a) If so, would you view the evidence in this case differently because of your past experience with the San Bernardino County Sheriffs, or any of their employees?
19. Are you or is anyone you know a current or former employee of the City of Los Angeles Police Department? If so:
    a) Who do you know?

      b) What is or was their job?

      c) How long were they employed?

      d) Would you view the evidence in this case differently because of your past experience with the City of Los Angeles Police Department, or any of their employees?

**Questions re: Justiciability of Peace Officer Conduct**

20. Do you think that our society should hold police officers liable in court when they violate an individual's constitutional rights?
21. Do you agree that police officers or the entity they work for should pay money damages when they violate an individual's constitutional rights?
22. Do you think that police officers should be able to use as much force as they want when arresting someone?
23. Do you think that our society should restrict the amount of force that police officers can use?

**Questions re: General Juror Bias & Bias Against Actions for Money Damages**

24. Do you think that because the defendants are denying responsibility for this incident, they are probably not responsible?
25. Is there anybody that would hold it against the plaintiffs simply because they have pursued this case to trial?

DATED: May 17, 2024

CARRILLO LAW FIRM, LLP
LAW OFFICES OF DALE K. GALIPO

By: */s/ Dale K. Galipo*
    Luis A. Carrillo
    Michael S. Carrillo
    Dale K. Galipo
    Attorneys for Plaintiffs