Dale K. Galipo (Bar No. 144074)
dalekgalipo@yahoo.com
**LAW OFFICES OF DALE K. GALIPO**
21800 Burbank Boulevard, Suite 310
Woodland Hills, California 91367
Telephone: (818) 347-3333
Facsimile: (818) 347-4118

# UNITED STATES DISTRICT COURT FOR THE
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGARITO T. LOPEZ individually and as successor in interest to Margarito E. Lopez, Deceased; SONIA TORRES, KENI LOPEZ, and ROSY LOPEZ, individually,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF LOS ANGELES; JOSE ZAVALA; JULIO QUINTANILLA; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 2:22-cv-07534-FLA-MAAx<br><br>**NOTICE OF LODGING OF PROPOSED PRETRIAL CONFERENCE ORDER**<br><br>Trial Date: July 16, 2024<br>Final Pretrial Conference: May 31, 2024 |

---
1
NOTICE OF LODGING

**PLEASE TAKE NOTICE** that the Parties hereby lodge the following Proposed Pretrial Conference Order.

DATED: May 17, 2024        LAW OFFICES OF DALE K. GALIPO

By /s/ Renee V. Masongsong
Dale K. Galipo
Renee V. Masongsong
Shannon J. Leap
*Attorneys for Plaintiffs*