CARRILLO LAW FIRM, LLP
Luis A. Carrillo (Bar No. 70398)
Michael S. Carrillo (Bar No. 258878)
1499 Huntington Drive, Suite 402
South Pasadena, CA 91030
Tel: (626) 799-9375
Fax: (626) 799-9380

LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo (Bar No. 144074)
dalekgalipo@yahoo.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, California 91367
Telephone: (818) 347-3333
Facsimile: (818) 347-4118

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGARITO T. LOPEZ individually and as successor in interest to Margarito E. Lopez, Deceased; SONIA TORRES, KENI LOPEZ, and ROSY LOPEZ, individually,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF LOS ANGELES; JOSE ZAVALA; JULIO QUINTANILLA; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 2:22-cv-07534-FLA-MAAx<br><br>Hon. Judge Fernando L. Aenlle-Rocha<br>Hon. Mag. Maria A. Audero<br><br>**PLAINTIFFS NOTICE OF OPPOSITION TO DEFENDANTS' MOTION IN LIMINE NO. 2 TO PRECLUDE ARGUMENTS THAT VIOLATE THE "GOLDEN RULE"**<br><br>FPTC:    May 31, 2024<br>Trial:    July 16, 2024 |

Defendants' second motion *in limine* requests that the Court enter an order precluding Plaintiffs from engaging in argument that violates the so-called, "Golden Rule," which asks the jury to reach a verdict imagining themselves in the shoes of the Plaintiffs. Plaintiffs do not intend to engage in such argument and do not oppose an order excluding argument that would violate the violate the "Golden Rule."

However, Plaintiffs do oppose the motion to point out that, as framed, the requested order is slightly too broad. Defendants do not identify any specific evidence they seek to exclude. Though courts generally find such arguments referring to the "golden rule" to be improper, " '[m]any courts in this [C]ircuit have denied motions *in limine* seeking to categorically exclude' evidence related to the golden rule or reptile theory 'that do not identify the specific evidence a party seeks to exclude.'" *OCG Energy, LLC v. Shen*, No. 822CV01568FWSDFM, 2024 WL 694912 at *16 (C.D. Cal. Feb. 12, 2024), quoting *Hardesty v. Sacramento Metro. Air Quality Mgmt. Dist.*, 2023 WL 4564748, at *4 (E.D. Cal. July 17, 2023).

Accordingly, Plaintiffs request that Defendants' motion be denied as framed, without prejudice to the entry of a narrower order excluding arguments implicating the golden rule, or alternatively, ruling on objections to specific statements that implicate the "golden rule," at trial.

Respectfully submitted,

Dated:  May 17, 2024

LAW OFFICES OF DALE K. GALIPO
CARRILLO LAW FIRM, LLP

By:____/s/ Shannon J. Leap_____
  Dale K. Galipo
  Renee V. Masongsong / Shannon J. Leap
  Michael S. Carrillo / J. Miguel Flores
  *Attorneys for Plaintiffs*