LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Renee V. Masongsong, Esq. (SBN 281819)
rvalentine@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA  91367
Telephone:   (818) 347-3333
Facsimile:    (818) 347-4118

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGARITO T. LOPEZ individually and as successor in interest to Margarito E. Lopez, Deceased; SONIA TORRES, KENI LOPEZ, and ROSY LOPEZ, individually,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF LOS ANGELES; JOSE ZAVALA; JULIO QUINTANILLA; and DOES 1-10, inclusive,<br><br>Defendants. | **Case No.: 2:22-cv-07534-FLA-MAAx**<br>Hon. Judge Fernando L. Aenlle-Rocha,<br>Hon. Mag. Maria A. Audero<br><br>**COMPETING VERDICT FORMS**<br><br>FPTC: May 31, 2024<br>Trial: July 16, 2024 |

1

**TO THE HONORABLE COURT AND TO ALL PARTIES HEREIN:**

**PLEASE TAKE NOTICE THAT** the parties hereby submit their [Proposed] Competing Special Verdict Forms.  The parties reserve their right to amend their [Proposed] Special Verdict Forms to the extent permitted by this Honorable Court.

Plaintiffs object to the entirety of Defendants' proposed special verdict form, on the grounds detailed herein and within Plaintiffs' Memorandum of Contentions of Fact and Law, Plaintiffs' portions of the Pre-Trial Conference Order, and Plaintiffs' positions stated in the disputed jury instructions.  Plaintiffs reserve their right to assert further objections based on the Court's pretrial rulings and any arguments made during the pretrial conference in this matter.  Plaintiffs submit that their proposed special verdict form accurately and objectively tracks the required legal elements for their claims.

Defendants likewise object to the entirety of Plaintiffs' proposed special verdict form and offer their proposed special verdict form herein, and which accurately and objectively tracks the required legal elements for the claims being asserted against them.

Respectfully submitted,

DATED:  May 17, 2024              LAW OFFICES OF DALE K. GALIPO

By _____/s/ Renee V. Masongsong_____
    Dale K. Galipo
    Renee V. Masongsong
    Shannon J. Leap
    *Attorneys for Plaintiffs*

2
COMPETING VERDICT FORMS

Date: May 17, 2024                    STONE BUSAILAH, LLP


By:  _/s/ Muna Busailah_____
MUNA BUSAILAH, Esq.
Attorney for Defendants JOSE ZAVALA,
JULIO QUINTANILLA

3
COMPETING VERDICT FORMS

## **PLAINTIFFS' PROPOSED SPECIAL VERDICT FORM**

We the jury in the above-entitled case find as follows:

## **EXCESSIVE FORCE AND BATTERY CLAIM**

**QUESTION 1:** Did any of the officer defendants use excessive and/or unreasonable force against Margarito E. Lopez?

Jose Zavala             _____ YES        _____ NO

Julio Quintanilla       _____ YES        _____ NO

*If you gave any "Yes" answers to Question 1, please answer Question 2.*
*If you did not give any "Yes" answers to Question 1, please proceed to Question 3.*

**QUESTION 2:** Was the use of excessive and/or unreasonable force by any of the following officers a cause of harm, damage, injury, loss, or death to Margarito Lopez?

Jose Zavala             _____ YES        _____ NO

Julio Quintanilla       _____ YES        _____ NO

*Please proceed to Question 3.*

4
COMPETING VERDICT FORMS

## FOURTEENTH AMENDMENT CLAIM

**QUESTION 3:** Did any of the officer defendants interfere with Plaintiff Margarito T. Lopez's familial relationship with his son, Margarito Lopez?

      Jose Zavala            _____ YES       _____ NO

      Julio Quintanilla     _____ YES       _____ NO

*Please proceed to the next Question.*

## NEGLIGENCE CLAIM

**QUESTION 4:** Were any of the officer defendants negligent toward Margarito Lopez?

      Jose Zavala            _____ YES       _____ NO

      Julio Quintanilla     _____ YES       _____ NO

*If you gave any "yes" answers to Question 4, please proceed to Question 5. If you answered "no" to Question 4 as to both defendants, please proceed to Question 9.*

///

///

///

COMPETING VERDICT FORMS

**QUESTION 5:** Was the negligence of any of the defendant officers a cause of injury and/or death to Margarito Lopez?

Jose Zavala                    _____ YES          _____ NO

Julio Quintanilla            _____ YES          _____ NO

*If you gave any "yes" answers to Question 5, please proceed to Question 6. If you answered "no" to Question 5 as to both defendants, please proceed to Question 9.*

**QUESTION 6:** Was Margarito Lopez negligent?

_____ YES        _____ NO

*If you answered "Yes" to Question 6, please answer Question 7.*

*If you answered "No" to Question 6, please proceed to Question 9.*

**QUESTION 7:** Was Margarito Lopez's negligence a cause of his injury and/or death?

_____ YES        _____ NO

*If you answered "Yes" to Question 7, please answer Question 8. If you answered "No" to Question 7, please proceed to Question 9.*

**QUESTION 8:** What percentage of negligence that was a cause of Margarito Lopez's death do you assign to the officer defendants, and what percentage of negligence that was a cause of Margarito Lopez's injury and/or death do you assign to Margarito Lopez, if any?  (Your total should equal 100%).

Jose Zavala                    _____ %

Julio Quintanilla          _____ %

Margarito Lopez          _____ %

*Please proceed to the next Question.*

## <u>BANE ACT CLAIM</u>

**QUESTION 9:** Did any officer defendant violate the Bane Act by using force against Margarito Lopez?

Jose Zavala              _____ YES        _____ NO

Julio Quintanilla          _____ YES        _____ NO

*Please proceed to the next Question.*

7

COMPETING VERDICT FORMS

## NEGLIGENT INFLICTION OF EMOTIONAL DISTRESS CLAIM

**QUESTION 10:** Did any officer defendant negligently inflict severe emotional distress on Plaintiff Margarito T. Lopez?

Jose Zavala _____ YES _____ NO

Julio Quintanilla _____ YES _____ NO

*Please proceed to the next Question.*

**QUESTION 11:** Did any officer defendant negligently inflict severe emotional distress on Plaintiff Sonia Torres?

Jose Zavala _____ YES _____ NO

Julio Quintanilla _____ YES _____ NO

*Please proceed to the next Question.*

**QUESTION 12:** Did any officer defendant negligently inflict severe emotional distress on Plaintiff Keni Lopez?

Jose Zavala _____ YES _____ NO

Julio Quintanilla _____ YES _____ NO

*Please proceed to the next Question.*

COMPETING VERDICT FORMS

**QUESTION 13:** Did any officer defendant negligently inflict severe emotional distress on Plaintiff Rosy Lopez?

Jose Zavala                 _____ YES          _____ NO

Julio Quintanilla          _____ YES          _____ NO

*Please proceed to the next Question.*

## <u>DAMAGES</u>

**QUESTION 14:** What are Margarito E. Lopez's damages for his pre-death pain and suffering?

$_____

*Answer Question 15 only if you answered "yes" to Questions 1 and 2.*

**QUESTION 15:** What are Margarito E. Lopez's damages for his loss of life?

$_____

*Please proceed to the next Question.*

9
COMPETING VERDICT FORMS

**QUESTION 16:** What are Plaintiff Margarito T. Lopez's wrongful death damages for the loss of his son, Margarito E. Lopez?

Past wrongful death damages     $_____

Future wrongful death damages     $_____

*Please proceed to the next question, but only answer Question 17 if you gave any "yes" answers to questions 10, 11, 12, or 13.*

**QUESTION 17:** What are the Plaintiffs' damages for their emotional distress suffered as a result of their contemporaneous awareness of Margarito Lopez's injuries and/or death?

Sonia Torres' past emotional distress     $_____

Sonia Torres' future emotional distress     $_____

Keni Lopez's past emotional distress     $_____

Keni Lopez's future emotional distress     $_____

Rosy Lopez's past emotional distress     $_____

Rosy Lopez's future emotional distress     $_____

Margarito T. Lopez's past emotional distress     $_____

Margarito T. Lopez's future emotional distress     $_____

COMPETING VERDICT FORMS

*Please proceed to the next question*

**QUESTION 18:** Did any officer defendant act with malice, oppression, or in reckless disregard for Margarito E. Lopez's constitutional rights?

Jose Zavala           _____ YES           _____ NO

Julio Quintanilla           _____ YES           _____ NO

*Please sign and return this verdict form.*

Signed: _____ Dated: _____

Jury Foreperson

11

COMPETING VERDICT FORMS

**DEFENDANTS' PROPOSED SPECIAL VERDICT FORM**

**WE, THE JURY** in the above-entitled action, unanimously find as follows on the questions submitted to us:

## CLAIMS BASED ON ALLEGED UNLAWFUL USE OF DEADLY FORCE

*QUESTION NO. 1:* Did either of the following Defendants used unlawful deadly force against Margarito Edvin Lopez in violation of his Fourth Amendment Constitutional Rights?

*Answer (check "Yes" or "No") following the name of each Defendant:*

OFFICER JOSE ZAVALA                YES _____   NO _____
OFFICER JULIO QUINTANILLA        YES _____   NO _____

*If you answered "No" as to each Defendant, please proceed to Question No. 4.*
*If you answered "Yes" as to any Defendant, please proceed to Question No. 2.*

*QUESTION NO. 2:* If you answered "Yes" as to any Defendant in Question No. 1, was the Defendants' conduct the cause of injury to Margarito Edvin Lopez?

*Answer (check "Yes" or "No") following the name of each Defendant for whom you answered "Yes" in response to Question No. 1:*

OFFICER JOSE ZAVALA                YES _____   NO _____
OFFICER JULIO QUINTANILLA        YES _____   NO _____

*Please proceed to Question No. 3.*

1

2    ***QUESTION NO. 3:*** As it relates to Plaintiffs' wrongful death battery claim under

3    California state law, if you answered "Yes" as to any Defendant in Question No.

4    1, was either of the Defendant's conduct a substantial factor in causing the death

5    of Margarito Edvin Lopez?

6        *Answer (check "Yes" or "No") following the name of each Defendant for*

7    *whom you answered "Yes" in response to Question No. 1:*

8

9        OFFICER JOSE ZAVALA                    YES _____   NO _____

10       OFFICER JULIO QUINTANILLA      YES    _____              NO

11   _____

12   *Please proceed to Question No. 4.*

13

14

15   ***QUESTION NO. 4:*** As it relates to Plaintiff's wrongful death negligence claim

16   under California state law, if you answered "Yes" as to any Defendant in

17   Question No. 1, was either of the Defendant's conduct a substantial factor in

18   causing the death of Margarito Edvin Lopez?

19       *Answer (check "Yes" or "No") following the name of each Defendant for*

20   *whom you answered "Yes" in response to Question Nos. 1:*

21

22       OFFICER JOSE ZAVALA                    YES _____   NO _____

23       OFFICER JULIO QUINTANILLA      YES _____   NO _____

24   *If you answered "No" as to each Defendant, please proceed to Question No. 8.*

25   *If you answered "Yes" as to any Defendant, please proceed to Question No. 5.*

26

27

28
                                     13
                          COMPETING VERDICT FORMS

*QUESTION NO. 5:*  Was Margarito Edvin Lopez negligent?

YES _____          NO _____

*If you answered "No", please proceed to Question No. 8.*

*If you answered "Yes", please proceed to Question No. 6.*

*///*

*///*

*QUESTION NO. 6:*  Was Margarito Edvin Lopez's negligence a substantial factor in the cause of his death?

YES _____          NO _____

*Please proceed to question No. 7.*

*QUESTION NO. 7:*  What percentage of negligence do you assign to each of the following persons? (Your total should equal 100%).

| | |
|---|---|
| Margarito Edvin Lopez | _____% |
| Officer Jose Zavala | _____% |
| Officer Julio Quintanilla | _____% |
| | |
| Total | 100 % |

*Please proceed to question No. 8.*

*QUESTION NO. 8:*  If you answered "Yes" as to any Defendants in Question No. 1 answer the following question.  Otherwise, please proceed to Question No.

14

COMPETING VERDICT FORMS

10. Did either of the Defendant's conduct violated Margarito Edvin Lopez's state civil rights by deliberately using unlawful deadly force against him?

*Answer (check "Yes" or "No") following the name of each Defendant for whom you answered "Yes" in response to Question No. 1:*

OFFICER JOSE ZAVALA           YES _____ NO _____

OFFICER JULIO QUINTANILLA     YES _____ NO _____

*If you answered "No" as to each Defendant, please proceed to Question No. 10. If you answered "Yes" as to any Defendant, please proceed to Question No. 9.*

**QUESTION NO. 9:** If you answered "Yes" as to any Defendant in Question No. 8, were either of the Defendant's conduct a substantial factor in the cause of death to Margarito Edvin Lopez?

*Answer (check "Yes" or "No") following the name of each Defendant for whom you answered "Yes" in response to Question Nos. 1:*

OFFICER JOSE ZAVALA           YES _____ NO _____

OFFICER JULIO QUINTANILLA     YES _____ NO _____

*Please proceed to Question No. 10.*

## CLAIMS BASED ON ALLEGED INTERFERENCE WITH A FAMILIAL RELATIONSHIP

**QUESTION NO. 10:** If you answered "Yes" in Question Nos. 1 and 2, answer the following question. If you answered "No", please proceed to Question No. 12. Did either of the Defendants violate Plaintiff Margarito T. Lopez's

COMPETING VERDICT FORMS

Fourteenth Amendment Constitutional Rights to a parental relationship with Margarito Edvin Lopez by using deadly force against that was unrelated to legitimate law enforcement objectives?

*Answer (check "Yes" or "No") following the name of each Defendant for whom you answered "Yes" in response to Question Nos. 1 and 2:*

OFFICER JOSE ZAVALA                  YES _____   NO _____

OFFICER JULIO QUINTANILLA       YES _____   NO _____

*If you answered "No" as to each Defendant, please proceed to Question No. 12.*

*If you answered "Yes" as to any Defendant, please proceed to Question No. 11.*

***QUESTION NO. 11:*** If you answered "Yes" as to either Defendant in Question No. 10, was either of the Defendant's conduct the cause of injury to him?

*Answer (check "Yes" or "No") following the name of each Defendant for whom you answered "Yes" in response to Question No. 10:*

OFFICER JOSE ZAVALA                  YES _____   NO _____

OFFICER JULIO QUINTANILLA       YES _____    NO _____

*Please proceed to Question No. 12.*

## CLAIMS BASED ON ALLEGED EMOTIONAL DISTRESS

*Answer Questions No. 12 through 27 only if you answered "Yes" to Question Nos. 1 and 2.*

---

16

COMPETING VERDICT FORMS

*If you answered "No" in response to either of those Questions, please have the presiding juror sign and date where indicated below.*

**QUESTION 12:** Was Plaintiff Margarito T. Lopez present at the scene when either of the Defendants deployed their weapons that caused the death Margarito Edvin Lopez?

OFFICER JOSE ZAVALA          _____ YES          _____ NO

OFFICER JULIO QUINTANILLA   _____ YES          _____ NO

*If you answered "Yes" as to any Defendant, please proceed to Question No. 13.*
*If you answered "No" as to both Defendants, please proceed to Question 16.*

**QUESTION 13:** Was Margarito T. Lopez then aware that the deployment of either of the Defendants' weapons was causing the death of Margarito Edvin Lopez?

OFFICER JOSE ZAVALA          _____ YES          _____ NO

OFFICER JULIO QUINTANILLA   _____ YES          _____ NO

*If you answered "Yes" as to any Defendant, please proceed to Question No. 14.*
*If you answered "No" as to both Defendants, please proceed to Question No. 16.*

**QUESTION 14:** Has Margarito T. Lopez suffered serious emotional distress?

17
COMPETING VERDICT FORMS

YES _____          NO _____

*If you answered "Yes" as to any Defendant, please proceed to Question No. 15.*

*If you answered "No" as to both Defendants, please proceed to Question No. 16.*

**QUESTION 15:** Was either of the Defendants' conduct was a substantial factor in causing Margarito T. Lopez's emotional distress?

OFFICER JOSE ZAVALA          _____ YES          _____ NO

OFFICER JULIO QUINTANILLA          _____ YES          _____ NO

*Please proceed to the next Question.*

**QUESTION 16:** Was Sonia Torres present of the scene when either of the Defendants deployed their weapons that caused the death Margarito Edvin Lopez?

OFFICER JOSE ZAVALA          _____ YES          _____ NO

OFFICER JULIO QUINTANILLA          _____ YES          _____ NO

*If you answered "Yes" as to any Defendant, please proceed to Question No. 17.*

*If you answered "No" as to both Defendants, please proceed to Question No. 20.*

**QUESTION 17:** Was Sonia Torres then aware that the deployment of either of the Defendants' weapons was causing the death of Margarito Edvin Lopez?

OFFICER JOSE ZAVALA          _____ YES          _____ NO

18

COMPETING VERDICT FORMS

OFFICER JULIO QUINTANILLA    _____ YES        _____ NO

*If you answered "Yes" as to any Defendant, please proceed to Question No. 18.*

*If you answered "No" as to both Defendants, please proceed to Question No. 20.*

**QUESTION 18:** Has Sonia Torres suffered serious emotional distress?

    YES _____        NO _____

*If you answered "Yes" as to any Defendant, please proceed to Question No. 19.*

*If you answered "No" as to both Defendants, please proceed to Question No. 20.*

**QUESTION 19:** Was either of the Defendants' conduct was a substantial factor in causing Sonia Torres' emotional distress?

    OFFICER JOSE ZAVALA        _____ YES        _____ NO

OFFICER JULIO QUINTANILLA    _____ YES        _____ NO

*Please proceed to the next Question.*

**QUESTION 20:** Was Keni Lopez present of the scene when either of the Defendants deployed their weapons that caused the death Margarito Edvin Lopez?

    OFFICER JOSE ZAVALA        _____ YES        _____ NO

OFFICER JULIO QUINTANILLA    _____ YES        _____ NO

*If you answered "Yes" as to any Defendant, please proceed to Question No. 21.*

*If you answered "No" as to both Defendants, please proceed to Question No. 24.*

COMPETING VERDICT FORMS

**QUESTION 21:** Was Keni Lopez then aware that the deployment of either of the Defendants' weapons was causing the death of Margarito Edvin Lopez?

OFFICER JOSE ZAVALA          _____ YES          _____ NO

OFFICER JULIO QUINTANILLA          _____ YES          _____ NO

*If you answered "Yes" as to any Defendant, please proceed to Question No. 22.*

*If you answered "No" as to both Defendants, please proceed to Question No. 24.*

**QUESTION 22:** Has Keni Lopez suffered serious emotional distress?

YES _____          NO _____

*If you answered "Yes" as to any Defendant, please proceed to Question No. 23.*

*If you answered "No" as to both Defendants, please proceed to Question No. 24.*

**QUESTION 23:** Was either of the Defendants' conduct a substantial factor in causing Keni Lopez's emotional distress?

OFFICER JOSE ZAVALA          _____ YES          _____ NO

OFFICER JULIO QUINTANILLA          _____ YES          _____ NO

*Please proceed to the next Question.*

**QUESTION 24:** Was Rosy Lopez present of the scene when either of the Defendants deployed their weapons that caused the death Margarito Edvin Lopez?

20

COMPETING VERDICT FORMS

OFFICER JOSE ZAVALA          _____ YES          _____ NO

OFFICER JULIO QUINTANILLA          _____ YES          _____ NO

*If you answered "Yes" as to any Defendant, please proceed to Question No. 25.*

*If you answered "No" as to both Defendants, please proceeding to Question No. 28.*

**QUESTION 25:** Was Rosy Lopez then aware that the deployment of either of the Defendants' weapons was causing the death of Margarito Edvin Lopez?

OFFICER JOSE ZAVALA          _____ YES          _____ NO

OFFICER JULIO QUINTANILLA          _____ YES          _____ NO

*If you answered "Yes" as to any Defendant, please proceed to Question No. 26.*

*If you answered "No" as to both Defendants, please proceeding to Question No. 28.*

**QUESTION 26:** Has Rosy Lopez suffered serious emotional distress?

YES _____          NO _____

*If you answered "Yes" as to any Defendant, please proceed to Question No. 27.*

*If you answered "No" as to both Defendants, please proceeding to Question No. 28.*

**QUESTION 27:** Was either of the Defendants' conduct was a substantial factor in causing Rosy Lopez's emotional distress?

OFFICER JOSE ZAVALA          _____ YES          _____ NO

21

COMPETING VERDICT FORMS

OFFICER JULIO QUINTANILLA    _____ YES          _____ NO

*Please proceed to the next Question.*

## **PRELIMINARY QUESTION RE PUNITIVE DAMAGES**

**QUESTION NO. 28:**  If you gave any "Yes" responses to Question Nos. 2 and/or 11, please answer the following question.  Otherwise, please proceed to Question No. 13.  Was Defendant's conduct malicious, oppressive or in reckless disregard of Margarito Edvin Lopez's rights?

*Answer (check "Yes" or "No") following the name of each Defendant for whom you answered "Yes" in response to Question Nos. 2 and/or 11:*

OFFICER JOSE ZAVALA         _____ YES          _____ NO

OFFICER JULIO QUINTANILLA    _____ YES          _____ NO

*Please proceed to the next Question.*

**QUESTION NO. 29:**  Was Defendant's conduct malicious or oppressive towards Margarito Edvin Lopez?

*Answer (check "Yes" or "No") following the name of each Defendant for whom you answered "Yes" in response to Question No. 9:*

OFFICER JOSE ZAVALA              YES _____    NO _____

OFFICER JULIO QUINTANILLA       YES _____    NO _____

*If you answered "Yes" as to any Defendant in Question No. 9, please answer Question No. 14.  If you did not answer Question No. 9 or answered "No" as to each Defendant in Question No. 9, please sign and date this verdict form and return it to the Court.*

*Please date and sign this verdict form, and return it to the Court.  Thank you.*

Dated: _____          Signed: _____

Jury Foreperson

## **PHASE II -- DAMAGES**

***QUESTION NO. 30:*** If you answered "Yes" as to any Defendant in Question Nos.1 *and* 2, please answer the following.  Otherwise, please proceed to Question No. 31.

What is the total amount of damages suffered by Margarito Edvin Lopez for violation of his federal constitutional rights?  (Do NOT reduce the damages based on the fault if any of any person or entity.)   $_____

*Please proceed to Question No. 31.*

COMPETING VERDICT FORMS

***QUESTION NO. 31:***  If you answered "Yes" as to any Defendant in Question Nos. 1, 2, 8 and 9, please answer the following question.  Otherwise, please proceed to Question No. 32.  What is the total amount of damages suffered by Margarito Edvin Lopezfor violation of his state constitutional rights?  (Do NOT reduce the damages based on the fault if any of any person or entity.)

$_____

*Please proceed to Question No. 32.*

***QUESTION NO. 32:***  If you answered "Yes" to Question Nos. 1, 2, 10 and 11, please answer the following questions.  Otherwise, please proceed to Question No. 32.  What is the total amount of damages suffered by Plaintiff Margarito T. Lopez for violation of his federal constitutional right to a parental relationship with Margarito Edvin Lopez?  (Do NOT reduce the damages based on the fault if any of any person or entity.)  $_____

*Please proceed to Question No. 33.*

***QUESTION NO. 33:***  If you answered "Yes" to Question Nos. 3 and/or 5, please answer the following question.  Otherwise, please proceed to Question No. 34.  What is the total amount of damages suffered by Plaintiffs for their state law claims based on the wrongful death of Margarito Edvin Lopez?  (Do NOT reduce the damages based on the fault if any of any person or entity.)

Economic          $ _____

Non-economic      $ _____

*Please proceed to Question No. 34.*

**QUESTION NO. 34:**  If you answered "Yes" to Question Nos. 12, 13, 14, *and* 15, please answer the following question.  Otherwise, please proceed to Question No. 35.

What is the total amount of damages suffered by Margarito T. Lopez for his state law claims based on emotional distress?  (Do NOT reduce the damages based on the fault if any of any person or entity.)

Economic          $ _____

Non-economic      $ _____

*Please proceed to Question No. 35.*

**QUESTION NO. 35:**  I If you answered "Yes" to Question Nos. 16, 17, 18, *and* 19, please answer the following question.  Otherwise, please proceed to Question No. 36.

What is the total amount of damages suffered by Sonia Torres for her state law claims based on emotional distress?  (Do NOT reduce the damages based on the fault if any of any person or entity.)

Economic          $ _____

Non-economic      $ _____

COMPETING VERDICT FORMS

*Please proceed to Question No. 36.*

**QUESTION NO. 36:**   If you answered "Yes" to Question Nos. 20, 21, 22, *and* 23, please answer the following question.  Otherwise, please proceed to Question No. 37.

What is the total amount of damages suffered by Keni Lopez for his state law claims based on emotional distress?  (Do NOT reduce the damages based on the fault if any of any person or entity.)

Economic              $ _____

Non-economic          $ _____

*Please proceed to Question No. 37.*

**QUESTION NO. 37:**   If you answered "Yes" to Question Nos. 24, 25, 26, *and* 27, please answer the following question.  Otherwise, please proceed to Question No. 38.

What is the total amount of damages suffered by Rosy Lopez for her state law claims based on emotional distress?  (Do NOT reduce the damages based on the fault if any of any person or entity.)

Economic              $ _____

Non-economic          $ _____

*Please proceed to Question No. 38.*

COMPETING VERDICT FORMS

***QUESTION NO. 38:*** If you gave any "Yes" as to any Defendant in response to Question No. 28, please answer the following question. Otherwise, please sign and date this verdict form and return it to the Court. What is the total amount of punitive damages to be imposed against the Defendant?

*Answer following the name of each Defendant for whom you answered "Yes" in response to Question No. 28.*

       OFFICER JOSE ZAVALA                     $_____

       OFFICER JULIO QUINTANILLA      $_____

***QUESTION NO. 39:*** If you gave any "Yes" as to any Defendant in response to Question No. 29, please answer the following question. Otherwise, please sign and date this verdict form and return it to the Court. What is the total amount of punitive damages to be imposed against the Defendant?

*Answer following the name of each Defendant for whom you answered "Yes" in response to Question No. 29.*

       OFFICER JOSE ZAVALA                     $_____

       OFFICER JULIO QUINTANILLA      $_____

*Please date and sign this verdict form, and return it to the Court.  Thank you.*

Dated: _____         Signed: _____

                                     Jury Foreperson

27

COMPETING VERDICT FORMS

*Please date and sign this verdict form below, and return it to the Court.  Thank you.*

Dated: _____          Signed: _____

                                         Jury Foreperson

28
COMPETING VERDICT FORMS

**PLAINTIFF'S OBJECTIONS TO DEFENDANTS' VERDICT FORM**

Plaintiffs object to Defendants' inclusion of the word "unlawful" in Question 1 and Question 8 of Defendants' verdict form, which implies a criminal standard. The question here is not whether Defendants engaged in criminal conduct, but Defendants' use of the word "unlawful" indicates otherwise and would confuse the jury and prejudice Plaintiff because the jurors are likely to believe that they cannot render a verdict in Plaintiff's favor unless Plaintiffs prove that Defendants' conduct was contrary to criminal law.

Plaintiffs further object to Defendants' Question No. 8 as confusing in addition to providing the incorrect standard. This appears to apply to the Bane Act claim but does not refer to his state civil rights or the requisite "reckless disregard" standard on this claim.

Plaintiffs object to inclusion of the term "substantial factor" within the applicable causation questions. The jury will be appropriately instructed on causation. Reiterating the standard of causation in each causation question on the verdict form is confusing and may mislead the jury into thinking that a higher standard of causation is necessary. Here, it is undisputed that the gunshots caused Mr. Lopez's death.

Plaintiffs object to the language "unrelated to legitimate law enforcement objectives" in Defendants' Question No. 10. The jury will need to decide whether the "deliberate indifference" or "purpose to harm" standard applies to the facts of this case. The verdict form cannot presuppose that the officers did not have time to deliberate. Therefore, Defendants' version of the Fourteenth Amendment question does not accurately represent the law and is prejudicial against Plaintiffs.

Plaintiffs object to Defendants' proposal that the instructions on damages be given in a separate phase. Plaintiffs propose that the trial of this matter be conducted as

29

COMPETING VERDICT FORMS

follows: Phase I—liability and compensatory damages, as well as entitlement to punitive damages; Phase II—amount of punitive damages, if any.    Plaintiffs are agreeable to the predicate question on punitive damages being given in the first phase of trial and contends that the questions on compensatory damages be given in the first phase of trial.

Plaintiffs object to Defendants' verdict form in its entirety on the grounds that it is convoluted and difficult for the jury to follow.    This may result in prejudice to Plaintiffs by forcing the jury to labor through a lengthy, tedious and confusing verdict form.

COMPETING VERDICT FORMS

## **DEFENDANTS' OBJECTIONS TO PLAINTIFFS' VERDICT FORM**

Defendants' verdict form tracks the language of the elements of Plaintiffs' claims, based on their contemporaneously-filed jury instruction.    Defendants incorporate herein the arguments and positions taken as provided in the jury instructions and other contemporaneously-filed documents.

Further, Plaintiffs' position regarding inclusion of the legal term 'substantial factor' is without merit; 'substantial factor' is more than an evidentiary standard on which the jury will be instructed – it is an essential element of the claim to prove various of Plaintiffs' causes of action.  As such, the verdict form must include the same.

Defendants maintain that the purpose-to-harm standard is applicable to the facts of the instant matter, and that the case be bifurcated between liability and damages in their entirety.

Lastly, that the verdict form is lengthy is not an appropriate reason to object to the form, as it is based fully on the many claims Plaintiffs have asserted in this action.

COMPETING VERDICT FORMS