Dale K. Galipo (Bar No. 144074)
dalekgalipo@yahoo.com
LAW OFFICES OF DALE K. GALIPO
21800 Burbank Boulevard, Suite 310
Woodland Hills, California 91367
Telephone:  (818) 347-3333
Facsimile:  (818) 347-4118

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT COURT OF CALIFORNIA

| | |
|---|---|
| MARGARITO T. LOPEZ individually and as successor in interest to Margarito E. Lopez, Deceased; SONIA TORRES, KENI LOPEZ, and ROSY LOPEZ, individually,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF LOS ANGELES; JOSE ZAVALA; JULIO QUINTANILLA; and DOES 1-10, inclusive,<br><br>Defendants. | **Case No.: 2:22-cv-07534-FLA-MAAx**<br>Hon. Judge Fernando L. Aenlle-Rocha,<br>Hon. Mag. Maria A. Audero<br><br>**INDEX OF JURY INSTRUCTIONS**<br><br>FPTC: May 31, 2024<br>Trial: July 16, 2024 |

**PLEASE TAKE NOTICE** that the Parties hereby submit their Index of Jury Instructions for the Trial of this matter. The parties reserve their rights to supplement and amend these instructions.

DATED: May 17, 2024

Respectfully submitted,

LAW OFFICES OF DALE K. GALIPO

By:   */s/ Renee V. Masongsong*
      Dale K. Galipo, Esq.
      Renee V. Masongsong, Esq.
      Shannon J. Leap, Esq.
      Attorneys for Plaintiffs

| **NUMBER** | **TITLE** | **SOURCE** | **PAGE** |
|---|---|---|---|
| **Opening Instructions** | | | |
| 1. | Outline of Trial | 9th Cir. 1.21 | 3 |
| 2. | Duty of Jury | 9th Cir. 1.3 | 4 |
| 3. | Burden of Proof – Preponderance of the Evidence | 9th Cir. 1.6 | 5 |
| 4. | Two or More Parties – Different Legal Rights | 9th Cir. 1.8 | 6 |
| 5. | What is Evidence | 9th Cir. 1.9 | 7 |
| 6. | What is Not Evidence | 9th Cir. 1.10 | 8 |
| 7. | Direct and Circumstantial Evidence | 9th Cir. 1.12 | 9 |
| 8. | Ruling on Objections | 9th Cir. 1.13 | 10 |
| 9. | Credibility of Witness | 9th Cir. 1.14 | 11 |
| 10. | Conduct of Jury | 9th Cir. 1.15 | 13 |
| 11. | No Transcript Available to Jury | 9th Cir. 1.17 | 15 |
| 12. | Taking Notes | 9th Cir. 1.18 | 16 |
| 13. | Bench Conferences and Recesses | 9th Cir. 1.20 | 17 |
| 14. | Expert Opinion | 9th Cir. 2.13 | 18 |
| 15. | Stipulations of Fact | 9th Cir. 2.2 | 19 |
| 16. | Section 1983 Claim – Introduction Instruction | 9th Cir. 9.1 | 20 |

| 17. | Section 1983 Claim Against Defendant in Individual Capacity—Elements and Burden of Proof | 9th Cir. 9.3 | 21 |
|---|---|---|---|
| 18. | Basic Standard of Care | CACI 401 | 22 |
| 19. | Causation – Substantial Factor | CACI 430 | 23 |
| 20. | Duty of Jury | 9th Cir. 1.4 | 24 |
| 21. | Duty to Deliberate | 9th Cir. 3.1 | 25 |
| 22. | Consideration of Evidence – Conduct of the Jury | 9th Cir. 3.2 | 27 |
| 23. | Communication with the Court | 9th Cir. 3.3 | 28 |
| 24. | Readback or Playback | 9th Cir. 3.4 | 29 |
| 25. | Return of Verdict | 9th Cir. 3.5 | 30 |
| **DISPUTED INSTRUCTIONS:** | | | |
| 26. | Claims and Defenses | 9th Cir. 1.5 | 3 |
| 27. | Fourth Amendment—Unreasonable Seizure Of Person—Excessive Force | 9th Cir. 9.25 | 7 |
| 28. | Fourteenth Amendment—Interference with Familial Relationship | 9th Cir. 9.1, 9.2 and 9.32; *Wilkinson v. Torres,* 601 F.3d 546, 554 (9th Cir. 2010); *Porter v. Osborne,* 546 F.3d 1131, 1136-37 (9th Cir. 2008); *Moreland v. Las* | 13 |

| | | | |
|---|---|---|---|
| | | *Vegas Metro. Police Dep't,* 159 F.3d 365, 372-72 (9th Cir. 1998); *Wheeler v. City of Santa Clara,* 894 F.3d 1046 (9th Cir. 2018). | |
| 29. | Battery by Peace Officer | CACI 1305B | 18 |
| 30. | Negligent Use of Deadly Force by Peace Officer—Essential Factual Elements | CACI 441 | 23 |
| 31. | Negligent Infliction of Emotional Distress—Bystander—No Physical Injury | CACI 1621 | 28 |
| 32. | Causation: Multiple Causes | CACI 431 | 31 |
| 33. | Alternative Causation | CACI 434 | 32 |
| 34. | Apportionment | CACI 406 | 34 |
| 35. | Comparative Fault | CACI 400, 401 and 407 | 36 |
| 36. | Intent re Battery and Negligence | CACI 1320 | 39 |
| 37. | Bane Act | *Reese v. County of Sacramento*, 888 F.3d 1030, 1043 (9th Cir. 2018) (citing *Cornell v. City and County of San Francisco*, 17 Cal. App. 5th 766, 801-802 (2017)). | 41 |
| 38. | Vicarious Liability—Legal Relationship not Disputed | CACI 3703 | 45 |

| | | | |
|---|---|---|---|
| 39. | Damages | 9th Cir. 5.1, 5.2 | 48 |
| 40. | Punitive Damages | 9th Cir. 5.5 | 52 |
| 41. | Clear and Convincing Proof | CACI 201 | 55 |
| 42. | Internal Policies Do Not Create a Duty | *Lehto v. City of Oxnard*, 171 Cal.App.3d 285, 294-95 (1985); Cal. Evid. Code § 669.1; *Maddox v. City of Los Angeles*, 792 F.2d 1408, 1417 (9th Cir. 1986); *Davis v. Scherer*, 468 U.S. 183, 194 (1984); *Edwards v. Baer*, 863 F.2d 606, 608 (8th Cir. 1989). | 57 |