1
2
3
4
5
6
7
8                      UNITED STATES DISTRICT COURT
9                     CENTRAL DISTRICT OF CALIFORNIA
10

| | |
|---|---|
| 11  MARGARITO T. LOPEZ, *et al.*, | Case No. 2:22-cv-07534-FLA (MAAx) |
| 12                  Plaintiffs, | **ORDER APPROVING** |
| 13    v. | **STIPULATION RE: EXPERT** |
| 14  CITY OF LOS ANGELES, *et al.*, | **TESTIMONY [DKT. 66]** |
| 15                  Defendants. | |

1

Before the court is the parties' Stipulation re: Expert Testimony ("Stipulation"). Dkt. 66. Finding good cause therefor, the court APPROVES the Stipulation and hereby ORDERS:

1. Defendants will not call any police practices expert at the trial of the above-referenced matter, including James Borden or any other person purporting to be a police practices expert.

IT IS SO ORDERED.

Dated: May 21, 2024

FERNANDO L. AENLLE-ROCHA
United States District Judge