# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGARITO T. LOPEZ, SONIA TORRES, KENI LOPEZ, ROSY LOPEZ,<br><br>Plaintiff(s),<br><br>v.<br><br>CITY OF LOS ANGELES, JOSE ZAVALA, JULIO QUINTANILLA, AND DOES 1 THROUGH 10, INCLUSIVE,<br><br>Defendant(s). | CASE NO. 2:22-cv-07534-FLA-MAAx<br>*Hon. Judge Aenlle-Rocha, USDC-1st Cthse, Ctrm 6B;*<br>*Hon. Mag. Audero, USDC-Roybal Bldg, Ctrm 690*<br><br>**[PROPOSED] ORDER RE REQUEST BY TO BE EXCUSED FROM FPTC HEARING OR, IN THE ALTERNATIVE, REQUEST TO ALLOW ANOTHER POLICE LITIGATION ATTORNEY TO APPEAR AT FPTC HEARING ON JUNE 28, 2024, FOR GOOD CAUSE** |

This Court, having read and considered Counsel's request to be excused from the Final Pretrial Conference on June 28, 2024 at 1:30 PM, and finding good cause, therefore, hereby grants Defendant City of Los Angeles's request and excuses Deputy City Attorney Ty A. Ford from attending the FPTC and further proceedings in this matter.

IT IS HEREBY ORDERED.

DATED:_____

                                          _____
                                          **HON. FERNANDO L. AENLLE-ROCHA**
                                          **UNITED STATES DISTRICT JUDGE**