# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGARITO T. LOPEZ, et al.<br><br>Plaintiff(s),<br><br>v.<br><br>CITY OF LOS ANGELES, et al.<br><br>Defendant(s). | CASE NUMBER:<br><br>2:22–cv–07534–FLA–MAA<br><br>**NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your filed document:

Date Filed:   6/4/2024

Document No.:   94

Title of Document:   REQUEST for Order for REQUEST BY COUNSEL FOR CITY OF LOS ANGELES TO BE EXCUSED FROM FPTC HEARING OR, IN THE ALTERNATIVE, REQUEST TO ALLOW ANOTHER POLICE LITIGATION ATTORNEY TO APPEAR AT FPTC HEARING

**ERROR(S) WITH DOCUMENT:**

Filer Erroneously set this request on Judge's motion calendar for 6/28/2024 1:30 PM. No hearing required for Request format. A proposed order was submitted as an attachment .

Other:

**Note:**   In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.

Clerk, U.S. District Court

Dated: June 5, 2024           By:  /s/ *Linda Chai  Linda_Chai@cacd.uscourts.gov*
                                       Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**

G–112A(01/24) NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENTS