1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STONE BUSAILAH, LLP
A Partnership of Professional Law Corporations
1055 E Colorado Boulevard, Suite 320
Pasadena, California 91106

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

MARGARITO T. LOPEZ, SONIA TORRES, KENI LOPEZ, ROSY LOPEZ,

    Plaintiffs,

v.

CITY OF LOS ANGELES, JOSE ZAVALA, JULIO QUINTANILLA, AND DOES 1 THROUGH 10, INCLUSIVE,

    Defendants.

**CASE NO. 2:22-cv-07534-FLA-MAAx**

*[Assigned to Judge Fernando L. Aenlle-Rocha, USDC-Hon. Mag. Maria A. Audero, USDC-Roybal Bldg]*

**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR BIFURCATION [DKT. #98]**

FPTC: July 12, 2024
TIME: 1:30 PM
DEPT: 6B, 6th Floor

On June 10, 2024, Defendants JOSE ZAVALA and JULIO QUINTANILLA (collectively "Defendants") filed Defendants' Motion for Bifurcation.

The Court, having considered Defendants' Motion for Bifurcation and finding good cause therefor, hereby GRANTS the Motion for Bifurcation and

ORDERS that trial of this case shall be bifurcated into two separate phases as follows:

- Phase 1 – Determination of liability against the Defendants on all claims and the threshold determination of punitive damages; and,

- Phase Two – The amount of compensatory damages and punitive damages, if any.

IT IS SO ORDERED.

Dated:

_____

HON. FERNANDO L. AENLLE-ROCHA
UNITED STATES DISTRICT JUDGE