UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGARITO T. LOPEZ, *et al.*,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>CITY OF LOS ANGELES, *et al.*,<br><br>　　　　　Defendants. | Case No. 2:22-cv-07534-FLA (MAAx)<br><br>**ORDER RE REQUEST BY TO BE EXCUSED FROM FPTC HEARING OR, IN THE ALTERNATIVE, REQUEST TO ALLOW ANOTHER POLICE LITIGATION ATTORNEY TO APPEAR AT FPTC HEARING ON JUNE 28, 2024, FOR GOOD CAUSE [DKT. 97]** |

　　The court, having read and considered counsel's request to be excused from the Final Pretrial Conference (Dkt. 97), and finding good cause therefor, hereby GRANTS the request.  Deputy City Attorney Ty A. Ford is EXCUSED from attending the Final Pretrial Conference and further proceedings in this matter.

　　IT IS SO ORDERED.

Dated: June 11, 2024

　　　　　　　　　　　　　　　　　　　　　　　　　FERNANDO L. AENLLE-ROCHA
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge