1  LUIS A. CARRILLO (SBN 70398)
   MICHAEL S. CARRILLO (SBN 258878)
2  J. MIGUEL FLORES (SBN 240535)
3  **CARRILLO LAW FIRM, LLP**
   1499 Huntington Drive, Suite 402
4  South Pasadena, CA 91030
5  Tel: (626) 799-9375
   Fax: (626) 799-9380
6

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGARITO T. LOPEZ, SONIA TORRES, KENI LOPEZ, ROSY LOPEZ, <br><br> PLAINTIFFS, <br><br> v. <br><br> CITY OF LOS ANGELES, JOSE ZAVALA, JULIO QUINTANILLA, AND DOES 1 THROUGH 10, INCLUSIVE <br><br> DEFENDANTS. | CASE NO: 2:22-cv-07534-FLA-MAA <br><br> **REQUEST FOR REMOTE APPEARANCE AT PRETRIAL CONFERENCE; DECLARATION OF MICHAEL S. CARRILLO; [PROPOSED] ORDER** <br><br> Date: June 28, 2024 <br> Time: 1:30 p.m. <br> Courtroom: 6B <br> Judge Fernando L. Aenlle-Rocha <br> Magistrate Judge Maria A. Audero <br><br> Trial Date: July 16, 2024 |

1

**REQUEST FOR REMOTE APPEARANCE OF MICHAEL CARRILLO**

1       Counsel for Plaintiff, Michael Carrillo, only seeks permission to appear at the June 28, 2024 Pretrial Conference remotely, by phone or video conference.

      Counsel will be out of the county in France and Greece with his family. See Declaration of Michael S. Carrillo. Lead trial counsel, Dale K. Galipo will be appearing in person. No party objects to counsel appearing remotely.

Dated: June 20, 2024                                                        Respectfully submitted,

                                                                             Michael S. Carrillo
                                                                             Attorney for Plaintiff