| | |
|---|---|
| 1 | LUIS A. CARRILLO (SBN 70398) |
| 2 | MICHAEL S. CARRILLO (SBN 258878) |
|   | J. MIGUEL FLORES (SBN 240535) |
| 3 | **CARRILLO LAW FIRM, LLP** |
| 4 | 1499 Huntington Drive, Suite 402 |
|   | South Pasadena, CA 91030 |
| 5 | Tel: (626) 799-9375 |
| 6 | Fax: (626) 799-9380 |

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGARITO T. LOPEZ, SONIA TORRES, KENI LOPEZ, ROSY LOPEZ, <br><br> PLAINTIFFS, <br><br> v. <br><br> CITY OF LOS ANGELES, JOSE ZAVALA, JULIO QUINTANILLA, AND DOES 1 THROUGH 10, INCLUSIVE <br><br> DEFENDANTS. | CASE NO.: 2:22-cv-07534-FLA-MAA <br><br> **DECLARATION OF MICHAEL S. CARRILLO IN SUPPORT OF REQUEST FOR REMOTE APPEARANCE AT THE PRETRIAL CONFERENCE** <br><br> Date: June 28, 2024 <br> Time: 1:30 p.m. <br> Courtroom: 6B <br> Judge Fernando L. Aenlle-Rocha <br> Magistrate Judge Maria A. Audero <br><br> Trial Date: July 16, 2024 |

1. I am an attorney at law, duly admitted to practice before the United States District Court Central District of California, and I am one of the attorneys of record for Plaintiffs Margarito T. Lopez, Sonia Torres, Keni Lopez, Rosy Lopez, in the above matter

2. I have personal knowledge of all the matters stated herein, and if called as a witness, I could competently testify thereto, except as to those matters stated upon information and belief, and as to those matters, I believe them to be true.

1

**DECLARATION OF MICHAEL S. CARRILLO**

3. I will be out of the county with my wife and child on vacation in France and Greece during the time of the upcoming pretrial hearing.

4. Given that lead trial counsel Dale Galipo will appear in person, I request permission to appear remotely at the June 28, 2024 Pretrial Conference.

5. I have met and conferred with counsel for Defendants and they have informed me that they do not object to me appearing remotely.

I declare under penalty of perjury under the laws of California that the foregoing is true and correct and that this declaration was executed this 20th day of June, 2024, at South Pasadena, California.

_____
Michael S. Carrillo
Attorney for Plaintiffs