1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

## CENTRAL DISTRICT OF CALIFORNIA

10
11
12
13
14
15
16
17
18
19
20
21

| | |
|---|---|
| **MARGARITO T. LOPEZ, SONIA TORRES, KENI LOPEZ, ROSY LOPEZ,**<br><br>**PLAINTIFFS,**<br><br>**v.**<br><br>**CITY OF LOS ANGELES,  JOSE ZAVALA,  JULIO QUINTANILLA, AND DOES 1 THROUGH 10, INCLUSIVE**<br><br>**DEFENDANTS.** | ) **CASE NO.: 2:22-cv-07534-FLA-MAA**<br>)<br>)<br>)<br>) **[PROPOSED] ORDER**<br>) **REGARDING REQUEST FOR**<br>) **REMOTE APPEARANCE AT**<br>) **PRETRIAL CONFERENCE FOR**<br>) **MICHAEL CARRILLO**<br>)<br>)<br>) Date: June 28, 2024<br>) Time: 1:30 p.m.<br>) Courtroom: 6B<br>) Judge Fernando L. Aenlle-Rocha<br>) Magistrate Judge Maria A. Audero<br>)<br>) Trial Date: July 16, 2024<br>) |

22
23
24
25
26
27
28

1

The Court having reviewed the papers, and good cause appearing,

IT IS ORDERED that Michael S. Carrillo, co-counsel for the Plaintiffs Margarito T. Lopez, Sonia Torres, Keni Lopez, Rosy Lopez, may appear remotely at the June 28, 2024 Pretrial Conference [telephone/Zoom].

OTHER ORDERS: _____

_____

IT IS SO ORDERED.

Dated: _____                    _____

                                             HON. FERNANDO L. AENLLE-ROCHA