MICHAEL P. STONE, SBN 91142
MUNA BUSAILAH, SBN 166328
Email: m.busailah@police-defense.com
Members of **STONE BUSAILAH, LLP**
*A Partnership of Professional Law Corporations*
Email: d.danial@police-defense.com
1055 East Colorado Boulevard, Suite 320
Pasadena, California 91106
Telephone: (626) 683-5600
Facsimile: (626) 683-5656

*Attorneys for Defendants* **JOSE ZAVALA and JULIO QUINTANILLA**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGARITO T. LOPEZ, SONIA TORRES, KENI LOPEZ, ROSY LOPEZ,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF LOS ANGELES, JOSE ZAVALA, JULIO QUINTANILLA, AND DOES 1 THROUGH 10, INCLUSIVE,<br><br>Defendants. | **CASE NO. 2:22-cv-07534-FLA-MAAx**<br><br>*[Assigned to Judge Fernando L. Aenlle-Rocha, USDC-1st Cthse, Ctrm 6B; Hon. Mag. Maria A. Audero, USDC-Roybal Bldg, Ctrm 690]*<br><br>**REQUEST FOR REMOTE APPEARANCE AT PRETRIAL CONFERENCE; DECLARATION OF MUNA BUSAILAH; [PROPOSED] ORDER**<br><br>Date: June 28, 2024<br>Time: 1:30 p.m.<br>Courtroom: 6B<br>Judge Fernando L. Aenlle-Rocha<br>Magistrate Judge Maria A. Audero |

Now comes Defendants Jose Zavala and Julio Quintanilla ("Defendant-Officers"), by and through counsel, Muna Busailah, and hereby request permission for Ms. Busailah to appear remotely, by telephone or video conference, at the June 28, 2024, Pretrial Conference.

///

---

1

**REQUEST FOR REMOTE APPEARANCE AT PRETRIAL CONFERENCE**

The Final Pretrial Conference in this matter was initially set for May 31, 2024. *See* Dkt. #27. That date was requested by counsel for the City of Los Angeles due to a planned vacation. *See* Dkt. #94. This Court sua sponte continued the Final Pretrial Conference to June 28, 2024. *See* Dkt. #93. Counsel for the Defendant-Officers, Muna Busailah, however, has a prior out-of-county obligation that same day that will require travel time to attend. *See* Declaration of Muna Busailah. Ms. Busailah will be unable to timely attend her prior commitment if required to appear in-person for the Final Pretrial Conference, due to additional travel time and further logistics. Accordingly, Ms. Busailah respectfully requests that this Court permit her to appear at the June 28, 2024, Final Pretrial Conference by remote means.

Date: June 21, 2024

**STONE BUSAILAH, LLP**

By: /s/ Muna Busailah
_____
**MUNA BUSAILAH**, Esq.
Attorney for Defendants **JOSE ZAVALA** and **JULIO QUINTANILLA**