MICHAEL P. STONE, SBN 91142
MUNA BUSAILAH, SBN 166328
Email: m.busailah@police-defense.com
Members of **STONE BUSAILAH, LLP**
*A Partnership of Professional Law Corporations*
Email: d.danial@police-defense.com
1055 East Colorado Boulevard, Suite 320
Pasadena, California 91106
Telephone: (626) 683-5600
Facsimile: (626) 683-5656

*Attorneys for Defendants* **JOSE ZAVALA and JULIO QUINTANILLA**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGARITO T. LOPEZ, SONIA TORRES, KENI LOPEZ, ROSY LOPEZ,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF LOS ANGELES, JOSE ZAVALA, JULIO QUINTANILLA, AND DOES 1 THROUGH 10, INCLUSIVE,<br><br>Defendants. | **CASE NO. 2:22-cv-07534-FLA-MAAx**<br><br>*[Assigned to Judge Fernando L. Aenlle-Rocha, USDC-1st Cthse, Ctrm 6B; Hon. Mag. Maria A. Audero, USDC-Roybal Bldg, Ctrm 690]*<br><br>**DECLARATION OF MUNA BUSAILAH IN SUPPORT OF REQUEST FOR REMOTE APPEARANCE AT THE PRETRIAL CONFERENCE**<br><br>Date: June 28, 2024<br>Time: 1:30 p.m.<br>Courtroom: 6B<br>Judge Fernando L. Aenlle-Rocha<br>Magistrate Judge Maria A. Audero |

///
///
///
///
///

1
**DECLARATION OF MUNA BUSAILAH IN SUPPORT OF REQUEST FOR REMOTE APPEARANCE**

## **DECLARATION OF MUNA BUSAILAH**

I, MUNA BUSAILAH, hereby declare as follows:

1. I am an attorney, duly licensed to practice before this Court and all courts of the State of California. I am a partner with the firm of Stone Busailah, LLP, the attorney of record for Defendants Jose Zavala and Julio Quintanilla in this case.

2. I have personal knowledge of all the matters stated herein, and if called as a witness, I could competently testify thereto, except as to those matters stated upon information and belief, and as to those matters, I believe them to be true.

3. I have a prior out-of-county obligation on June 28, 2024, that will require travel time to attend and will be unable to timely attend my prior commitment if required to appear in-person for the Final Pretrial Conference. I would therefore like to request permission to appear remotely at the June 28, 2024, Pretrial Conference.

4. I have met and conferred with counsel for Plaintiffs and they have informed me that they do not object to me appearing remotely.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on June 21, 2024, at Pasadena, California.

/s/ Muna Busailah
_____
MUNA BUSAILAH, Declarant