STONE BUSAILAH, LLP
A Partnership of Professional Law Corporations
1055 E Colorado Boulevard, Suite 320
Pasadena, California 91106

| | |
|---|---|
| MARGARITO T. LOPEZ, SONIA TORRES, KENI LOPEZ, ROSY LOPEZ,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF LOS ANGELES, JOSE ZAVALA, JULIO QUINTANILLA, AND DOES 1 THROUGH 10, INCLUSIVE,<br><br>Defendants. | **CASE NO. 2:22-cv-07534-FLA-MAAx**<br><br>*[Assigned to Judge Fernando L. Aenlle-Rocha, USDC-1ˢᵗ Cthse, Ctrm 6B; Hon. Mag. Maria A. Audero, USDC-Roybal Bldg, Ctrm 690]*<br><br>**[PROPOSED] ORDER REGARDING REQUEST FOR REMOTE APPEARANCE AT PRETRIAL CONFERENCE FOR MUNA BUSAILAH**<br><br>Date: June 28, 2024<br>Time: 1:30 p.m.<br>Courtroom: 6B<br>Judge Fernando L. Aenlle-Rocha<br>Magistrate Judge Maria A. Audero |

///

///

///

///

///

1

**[PROPOSED] ORDER RE REQUEST FOR REMOTE APPEARANCE OF MUNA BUSAILAH**

The Court having reviewed the papers, and good cause appearing,

IT IS ORDERED that Muna Busailah, counsel for the Defendants Jose Zavala and Julio Quintanilla, may appear remotely at the June 28, 2024, Pretrial Conference [telephone/Zoom].

OTHE RORDERS: _____

_____

**IT IS SO ORDERED.**

Dated: _____     _____
                                  HON. FERNANDO L. AENLLE-ROCHA

**[PROPOSED] ORDER RE REQUEST FOR REMOTE APPEARANCE OF MUNA BUSAILAH**