Dale K. Galipo (SBN 144074)
dalekgalipo@yahoo.com
Shannon J. Leap (SBN 339574)
sleap@galipolaw.com
**LAW OFFICES OF DALE GALIPO**
21800 Burbank Boulevard Suite 310
Woodland Hills, CA 91367
Tel:   818-347-3333
Fax:   818-347-4118

Luis A. Carrillo (SBN 70398)
lac4justice@gmail.com
Michael S. Carrillo (SBN 258878)
mc@carrillofirm.com
**CARRILLO LAW FIRM LLP**
1499 Huntington Drive Suite 402
South Pasadena, CA 91030
Tel:   626-799-9375
Fax:   626-799-9380

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGARITO T. LOPEZ, SONIA TORRES, KENI LOPEZ, and ROSY LOPEZ,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF LOS ANGELES, JOSE ZAVALA, and JULIO QUINTANILLA,<br><br>Defendants. | Case No. 2:22-cv-07534-FLA-MAA<br><br>*Assigned to*:<br>Hon. Fernando L. Aenlle-Rocha<br>Hon. Maria A. Audero<br><br>**PLAINTIFF'S REQUEST FOR ORDER ALLOWING LEAD TRIAL COUNSEL DALE K. GALIPO TO APPEAR REMOTELY AT THE PRETRIAL CONFERENCE**<br><br>[Proposed] Order *filed concurrently herewith*<br><br>PTC:     6/28/2024 at 1:30 p.m.<br>Trial:    7/16/2024 at 8:30 a.m.<br>Crtrm:  6B, 6th Floor<br>           350 W. 1st Street<br>           Los Angeles, CA 90012 |

TO THIS HONORABLE COURT, AND ALL PARTIES THROUGH THEIR ATTORNEYS OF RECORD:

  Plaintiffs Margarito T. Lopez, Sonia Torres, Keni Lopez, and Rosy Lopez hereby respectfully this Court issue an order permitting Plaintiffs' lead trial counsel, Mr. Dale K. Galipo, to appear remotely via Zoom at the Final Pretrial Conference in this matter, which is currently scheduled for June 28, 2024 at 1:30 p.m. Plaintiffs submit that good cause exists to permit Mr. Galipo to appear remotely at the Final Pretrial Conference because Mr. Galipo is currently engaged in trial in the United States District Court for the District of Nevada in the matter of *K.C., a minor, et al. v. Las Vegas Metropolitan Police Department, et al.*, Case No. 2:16-cv-03039-APG-NJK. The trial is expected to conclude on June 26, 2024; however, Plaintiffs would greatly appreciate if Mr. Galipo was permitted to appear remotely at the Pretrial Conference in this matter should the trial run longer than anticipated.

  Respectfully submitted,

DATED: June 21, 2024    LAW OFFICES OF DALE K. GALIPO

             By:  *s/ Renee V. Masongsong*
                Dale K. Galipo
                Renee V. Masongsong
                Shannon J. Leap
                *Attorneys for Plaintiffs*