1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGARITO T. LOPEZ, SONIA TORRES, KENI LOPEZ, and ROSY LOPEZ,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF LOS ANGELES, JOSE ZAVALA, and JULIO QUINTANILLA,<br><br>Defendants. | Case No. 2:22-cv-07534-FLA-MAA<br><br>**[PROPOSED] ORDER ALLOWING LEAD TRIAL COUNSEL DALE K. GALIPO TO APPEAR REMOTELY AT THE PRETRIAL CONFERENCE**<br><br>PTC:     6/28/2024 at 1:30 p.m.<br>Trial:    7/16/2024 at 8:30 a.m.<br>Crtrm:  6B, 6th Floor<br>            350 W. 1st Street<br>            Los Angeles, CA 90012 |

-1-  Case No. 2:22-cv-07534-FLA-MAA
[PROPOSED] ORDER ALLOWING LEAD TRIAL COUNSEL DALE K. GALIPO TO APPEAR REMOTELY AT THE PRETRIAL CONFERENCE

**TO ALL PARTIES, BY AND THROUGH THEIR ATTORNEYS OF RECORD:**

Having reviewed Plaintiffs' Request for an Order Allowing Lead Trial Counsel Dale K. Galipo to Appear Remotely the Final Pretrial Conference in this matter, and good cause appearing therein, it is hereby ordered that Plaintiffs' counsel Dale K. Galipo may appear remotely via Zoom at the Final Pretrial Conference in this matter on June 28, 2024 at 1:30 p.m.

IT IS SO ORDERED.

DATED: June 21, 2024

_____
Honorable Fernando L. Aenlle-Rocha
United States District Court