1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT

9                   CENTRAL DISTRICT OF CALIFORNIA

10

11   MARGARITO T. LOPEZ, *et al.*,          Case No. 2:22-cv-07534-FLA (MAAx)

12                         Plaintiffs,      **ORDER REGARDING REQUESTS**
                                            **FOR LEAVE TO APPEAR**
13          v.                              **REMOTELY AT PRETRIAL**
                                            **CONFERENCE [DKTS. 100, 101,**
14                                          **102]**
     CITY OF LOS ANGELES, *et al.*,
15                         Defendants.

16

17

18          Before the court are three requests to appear remotely at the final pretrial

19   conference, previously scheduled for June 28, 2024, by Michael S. Carrillo, Muna

20   Busailah, and Dale K. Galipo.  Dkts. 100, 101, 102.  On June 25, 2024, the court

21   continued the final pretrial conference to July 26, 2024, at 1:30 p.m.  Accordingly, the

22   court DENIES the requests (Dkts. 100, 101, 102) as moot.

23

24          IT IS SO ORDERED.

25

26   Dated: June 26, 2024

27                                          _____
                                            FERNANDO L. AENLLE-ROCHA
28                                          United States District Judge