Dale K. Galipo (SBN 144074)
dalekgalipo@yahoo.com
Shannon J. Leap (SBN 339574)
sleap@galipolaw.com
**LAW OFFICES OF DALE GALIPO**
21800 Burbank Boulevard Suite 310
Woodland Hills, CA 91367
Tel:   818-347-3333
Fax:   818-347-4118

Luis A. Carrillo (SBN 70398)
lac4justice@gmail.com
Michael S. Carrillo (SBN 258878)
mc@carrillofirm.com
**CARRILLO LAW FIRM LLP**
1499 Huntington Drive Suite 402
South Pasadena, CA 91030
Tel:   626-799-9375
Fax:   626-799-9380

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGARITO T. LOPEZ, SONIA TORRES, KENI LOPEZ, and ROSY LOPEZ,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF LOS ANGELES, JOSE ZAVALA, and JULIO QUINTANILLA,<br><br>Defendants. | Case No. 2:22-cv-07534-FLA-MAA<br><br>*Assigned to*:<br>Hon. Fernando L. Aenlle-Rocha<br>Hon. Maria A. Audero<br><br>**NOTICE OF LODGING OF TRIAL EXHIBITS 7-14**<br><br>PTC:      7/26/2024 at 1:30 p.m.<br>Trial:     8/12/2024 at 8:30 a.m.<br>Crtrm:   6B, 6th Floor<br>             350 W. 1st Street<br>             Los Angeles, CA 90012 |

**TO THIS HONORABLE COURT:**

    Plaintiffs hereby respectfully provide notice of the lodging of Trial Exhibits 7-14 in response to this Court's order (Dkt. 109).

    Respectfully submitted,

DATED: June 21, 2024            LAW OFFICES OF DALE K. GALIPO

                                      By:  *s/ Renee V. Masongsong*
                                                Dale K. Galipo
                                                Renee V. Masongsong
                                                Shannon J. Leap
                                                *Attorneys for Plaintiffs*