Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Renee V. Masongsong, Esq. (SBN 281819)
rvalentine@galipolaw.com
**LAW OFFICES OF DALE K. GALIPO**
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
Tel:   (818) 347-3333
Fax:   (818) 347-4118

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGARITO T. LOPEZ individually and as successor in interest to Margarito E. Lopez, Deceased; SONIA TORRES, KENI LOPEZ, and ROSY LOPEZ, individually,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF LOS ANGELES; JOSE ZAVALA; JULIO QUINTANILLA; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 2:22-cv-07534-FLA-MAAx<br><br>Hon. Judge Fernando L. Aenlle-Rocha, Hon. Mag. Maria A. Audero<br><br>**NOTICE OF CONDITIONAL SETTLEMENT AND JOINT REQUEST TO VACATE ALL DATES, INCLUDING THE PRETRIAL CONFERENCE**<br><br>**PTC: July 26, 2024**<br><br>**Trial: August 12, 2024** |

**TO THIS HONORABLE COURT:**

Plaintiffs, MARGARITO T. LOPEZ individually and as successor in interest to Margarito E. Lopez, Deceased; SONIA TORRES, KENI LOPEZ, and ROSY LOPEZ, individually, and Defendants CITY OF LOS ANGELES, JOSE ZAVALA, and JULIO QUINTANILLA ("the Parties"), hereby submit the following joint status report regarding settlement and request to vacate all pending dates and deadlines.

1. The Parties have had ongoing settlement discussions with mediator Richard Copeland. Mr. Copeland made a mediator's proposal, which all parties have accepted.

2. In light of the parties' acceptance of the mediator's proposal, the parties

have reached a conditional settlement that resolves this case in its entirety.

3. The proposed settlement is conditioned upon approval by the relevant City of Los Angeles authorities. The settlement is expected to be consummated, including approval and payment, by December 31, 2024.

4. Once the proposed settlement has been approved, the parties will file a notice of approval of the settlement. Within 7 days of Plaintiffs' receipt of the settlement funds, Plaintiffs will file a request for dismissal of this action with prejudice.

Based on the foregoing, the parties, by and through their counsel of record, respectfully request that the Court vacate all pending dates, including the upcoming pretrial conference date of July 26, 2024, and the trial date of August 12, 2024.

Respectfully submitted.

DATED: July 25, 2024           **STONE BUSAILAH, LLP**

By: _____*s/ Muna Busailah*_____
Muna Busailah
Attorneys for Defendants Julio Quintanilla and Jose Zavala

DATED:  July 25, 2024           **LOS ANGELES CITY ATTORNEY'S OFFICE**
HYDEE FELDSTEIN SOTO, City Attorney
DENISE C. MILLS, Chief Deputy City Attorney
SCOTT MARCUS, Chief Asst. City Attorney
CORY M. BRENTE, Senior Assistant City Attorney

By_____*/s/ Ty A. Ford*_____
TY A. FORD, Deputy City Attorney
Attorneys for Defendant CITY OF LOS ANGELES

DATED: July 24, 2024      **CARRILLO LAW FIRM, LLP**

By: */s/ Michael Carrillo*
Luis A. Carrillo
Michael Carrillo
Attorneys for Plaintiffs

DATED: July 25, 2024      **LAW OFFICES OF DALE K. GALIPO**

By: *s/ Renee V. Masongsong*
Dale K. Galipo, Esq.
Renee V. Masongsong, Esq.
Attorneys for Plaintiffs