# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGARITO T. LOPEZ individually and as successor in interest to Margarito E. Lopez, Deceased; SONIA TORRES, KENI LOPEZ, and ROSY LOPEZ, individually,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF LOS ANGELES; JOSE ZAVALA; JULIO QUINTANILLA; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 2:22-cv-07534-FLA-MAAx<br><br>**[PROPOSED] ORDER VACATING ALL PENDING DATES, INCLUDING THE PRETRIAL AND TRIAL DATES** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Having reviewed the Parties' Notice of Conditional Settlement and Joint Request to Vacate All Dates, and good cause appearing therein, it is hereby ordered that all pending dates in this matter, including the pretrial conference date of July 26, 2024 and the trial date of August 12, 2024, are vacated.

IT IS SO ORDERED.

DATED: _____

Hon. Fernando L. Aenlle-Rocha
United States District Judge

-1-
[PROPOSED] ORDER