1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| MARGARITO T. LOPEZ, | Case No. 2:22-cv-07534-FLA (MAAx) |
|---|---|
| Plaintiff, | **ORDER STAYING ACTION [DKT. 111]** |
| v. | |
| CITY OF LOS ANGELES, *et al.*, | |
| Defendants. | |

On July 25, 2024, the parties filed a Notice of Conditional Settlement (Dkt. 111), stating they reached a conditional settlement and anticipated filing a stipulation to dismiss after approval by the relevant City of Los Angeles authorities. Dkt. 111.

Having considered the Notice of Conditional Settlement and finding good cause therefor, the court hereby ORDERS:

1. All pretrial and trial dates and deadlines are VACATED.
2. The court STAYS the action until January 2, 2025.
3. The parties shall FILE a joint status report regarding settlement on October 25, 2024, and December 20, 2024.

IT IS SO ORDERED.

Dated: July 25, 2024

_____
FERNANDO L. AENLLE-ROCHA
United States District Judge