**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
dalekgalipo@yahoo.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, California, 91367
Tel: (818) 347-3333/Fax: (818) 347-4118

**CARRILLO LAW FIRM, LLP**
Luis A. Carrillo (SBN 70398)
Michael S. Carrillo (SBN 258878)
J. Miguel Flores (SBN 240535)
1499 Huntington Drive, Suite 402
South Pasadena, California 91030
Tel: (626) 799-9375/ Fax: (626) 799-9380

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGARITO T. LOPEZ, SONIA TORRES, KENI LOPEZ, ROSY LOPEZ,<br><br>PLAINTIFFS,<br><br>v.<br><br>CITY OF LOS ANGELES, JOSE ZAVALA, JULIO QUINTANILLA, AND DOES 1 THROUGH 10, INCLUSIVE<br><br>DEFENDANTS. | Case No.: 2:22-cv-07534-FLA-MAA<br><br>*Honorable Fernando L. Aenlle-Rocha, Magistrate Judge, Maria A. Audero*<br><br>**JOINT STATUS REPORT REGARDING SETTLEMENT** |

**TO THE HONORABLE COURT:**

Plaintiffs, MARGARITO T. LOPEZ individually and as successor in interest to Margarito E. Lopez, Deceased; SONIA TORRES, KENI LOPEZ, and ROSY LOPEZ, individually, and Defendants CITY OF LOS ANGELES, JOSE ZAVALA, and JULIO QUINTANILLA ("the Parties"), through their counsel, respectfully submit the following Joint Status Report Regarding Settlement.

1  The Parties are working diligently and cooperatively on effectuating the
2  settlement which will require Council approval.  The Parties seek additional time in
3  order to finalize the settlement.
4  Effectuating the settlement will require approval of Los Angeles City Council,
5  and the parties anticipate needing additional time.  The Parties respectfully request the
6  next status conference be set at least 90 days from the date of this filing.  Once the
7  settlement is completed, the Parties will file a Notice of Dismissal forthwith.
8  Respectfully submitted.

9  DATED: October 24, 2024        LAW OFFICES OF DALE K. GALIPO

                                  By   /s/ Dale K. Galipo
                                  Dale K. Galipo
                                  Renee V. Masongsong
                                  Shannon J. Leap
                                  Attorneys for Plaintiffs

   DATED: October 24, 2024        CARRILLO LAW FIRM, LLP

                                  By   /s/ Michael Carrillo
                                  Luis A. Carrillo
                                  Michael Carrillo
                                  Attorneys for Plaintiffs

   DATED: October 24, 2024        LOS ANGELES CITY ATTORNEY'S OFFICE
                                  HYDEE FELDSTEIN SOTO, City Attorney
                                  DENISE C. MILLS, Chief Deputy City Attorney
                                  SCOTT MARCUS, Chief Asst. City Attorney
                                  CORY M. BRENTE, Senior Assistant City Attorney

                                  By   /s/ Ty A. Ford
                                  Ty A. Ford, Deputy City Attorney
                                  Attorneys For Defendant City Of Los Angeles

   Date: October 24, 2024         STONE BUSAILAH, LLP

                                  By:   /s/ Muna Busailah
                                  MUNA BUSAILAH, Esq.
                                  Attorney for Defendants Jose Zavala, Julio Quintanilla