**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
dalekgalipo@yahoo.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, California, 91367
Tel: (818) 347-3333/Fax: (818) 347-4118

**CARRILLO LAW FIRM, LLP**
Luis A. Carrillo (SBN 70398)
Michael S. Carrillo (SBN 258878)
J. Miguel Flores (SBN 240535)
1499 Huntington Drive, Suite 402
South Pasadena, California 91030
Tel: (626) 799-9375/ Fax: (626) 799-9380

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGARITO T. LOPEZ, SONIA TORRES, KENI LOPEZ, ROSY LOPEZ, <br><br> PLAINTIFFS, <br><br> v. <br><br> CITY OF LOS ANGELES, JOSE ZAVALA, JULIO QUINTANILLA, AND DOES 1 THROUGH 10, INCLUSIVE <br><br> DEFENDANTS. | Case No.: 2:22-cv-07534-FLA-MAA <br><br> *Honorable Fernando L. Aenlle-Rocha, Magistrate Judge, Maria A. Audero* <br><br> **JOINT STATUS REPORT REGARDING SETTLEMENT** |

**TO THE HONORABLE COURT:**

Plaintiffs, MARGARITO T. LOPEZ individually and as successor in interest to Margarito E. Lopez, Deceased; SONIA TORRES, KENI LOPEZ, and ROSY LOPEZ, individually, and Defendants CITY OF LOS ANGELES, JOSE ZAVALA, and JULIO QUINTANILLA ("the Parties"), through their counsel, respectfully submit the following Joint Status Report Regarding Settlement.

1. The settlement process is actively moving forward, but the Parties require additional time to consummate the settlement, as follows.
2. The Settlement Agreement and Release has been executed by all Plaintiffs.
3. On December 2, 2024, the first of three Council hearings was held to discuss the settlement of the above-referenced matter. At that hearing, the Council approved the settlement.
4. Two more Council hearings are required before the settlement can be approved. The Parties have not been apprised of the specific dates on which the next two Council hearings will take place but understand that these hearings will not be held any earlier than January 2025, given the upcoming holidays.
5. Following completion of the three Council hearings, the City Mayor must approve the settlement, and the Controller must issue the check.
6. Accordingly, the Parties request that this Court set the next status conference be set at least 90 days from the date of this filing. Once the settlement is completed, the Parties will file a Stipulation for Dismissal within seven days of the check clearing the bank.

Respectfully submitted.

DATED: December 19, 2024   LAW OFFICES OF DALE K. GALIPO

By   /s/ Dale K. Galipo
     Dale K. Galipo
     Renee V. Masongsong
     Shannon J. Leap
     Attorneys for Plaintiffs

DATED: December 19, 2024   CARRILLO LAW FIRM, LLP

By   /s/ Michael Carrillo
     Luis A. Carrillo
     Michael Carrillo
     Attorneys for Plaintiffs
     //

| | |
|---|---|
| DATED: December 19, 2024 | LOS ANGELES CITY ATTORNEY'S OFFICE<br>**HYDEE FELDSTEIN SOTO**, City Attorney<br>**DENISE C. MILLS**, Chief Deputy City Attorney<br>**KATHLEEN KENEALY**, Chief Asst. City Attorney<br>**CORY M. BRENTE**, Senior Assistant City Attorney<br><br>By    /s/ Ty A. Ford<br>      Ty A. Ford, Deputy City Attorney<br>      Attorneys For Defendant City Of Los Angeles |
| Date: December 19, 2024 | STONE BUSAILAH, LLP<br><br>By:    */s/ Muna Busailah*<br>      MUNA BUSAILAH, Esq.<br>      Attorney for Defendants Jose Zavala, Julio Quintanilla |