UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGARITO T. LOPEZ,<br><br>　　　　　　　Plaintiff,<br><br>　　　v.<br><br>CITY OF LOS ANGELES, *et al.*,<br><br>　　　　　　　Defendants. | Case No. 2:22-cv-07534-FLA (MAAx)<br><br>**ORDER EXTENDING STAY OF ACTION [DKT. 114]** |

1

On December 19, 2024, the parties filed a Joint Status Report Regarding Settlement (Dkt. 114), stating the settlement process was moving forward, but the parties required additional time to consummate the settlement.

Having considered the Status Report and finding good cause therefor, the court hereby ORDERS as follows:

1. The court EXTENDS the stay of this action until May 1, 2025.
2. The parties shall FILE joint status reports regarding settlement on February 3, March 14, and April 15 of 2025.

IT IS SO ORDERED.

Dated: December 23, 2024

                                            FERNANDO L. AENLLE-ROCHA
                                            United States District Judge