**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
dalekgalipo@yahoo.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, California, 91367
Tel: (818) 347-3333/Fax: (818) 347-4118

**CARRILLO LAW FIRM, LLP**
Luis A. Carrillo (SBN 70398)
Michael S. Carrillo (SBN 258878)
J. Miguel Flores (SBN 240535)
1499 Huntington Drive, Suite 402
South Pasadena, California 91030
Tel: (626) 799-9375/ Fax: (626) 799-9380

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGARITO T. LOPEZ, SONIA TORRES, KENI LOPEZ, ROSY LOPEZ,<br><br>PLAINTIFFS,<br><br>v.<br><br>CITY OF LOS ANGELES, JOSE ZAVALA, JULIO QUINTANILLA, AND DOES 1 THROUGH 10, INCLUSIVE<br><br>DEFENDANTS. | Case No.: 2:22-cv-07534-FLA-MAA<br><br>*Honorable Fernando L. Aenlle-Rocha, Magistrate Judge, Maria A. Audero*<br><br>**JOINT STATUS REPORT REGARDING SETTLEMENT** |

**TO THE HONORABLE COURT:**

Plaintiffs, MARGARITO T. LOPEZ individually and as successor in interest to Margarito E. Lopez, Deceased; SONIA TORRES, KENI LOPEZ, and ROSY LOPEZ, individually, and Defendants CITY OF LOS ANGELES, JOSE ZAVALA, and JULIO QUINTANILLA ("the Parties"), through their counsel, respectfully submit the following Joint Status Report Regarding Settlement.

1

1. The settlement process is actively moving forward, but the Parties require additional time to consummate the settlement, as follows.

2. The Settlement Agreement and Release has been executed by all Plaintiffs.

3. On December 2, 2024, the first of three Council hearings was held to discuss the settlement of the above-referenced matter. At that hearing, the City Council's Claims Board approved the settlement.

4. Two more Council hearings are required before the settlement can be approved. The Parties have not been apprised of the specific dates on which the next two Council hearings will take place. City Council was in recess during the holiday period, and Defense Counsel has not been informed of the next hearing date with City Council since the end of the holiday recess and the recent wildfire crisis.

5. Following completion of the three Council hearings, the Mayor must approve the settlement, and the Controller must issue the check.

6. Accordingly, the Parties will continue to file Status Reports as ordered by the Court. Once the settlement is completed, the Parties will file a Notice of Dismissal within seven days of the check clearing the bank.

Respectfully submitted.

DATED: February 3, 2025           LAW OFFICES OF DALE K. GALIPO

                                  By  /s/ Dale K. Galipo
                                      Dale K. Galipo
                                      Renee V. Masongsong
                                      Shannon J. Leap
                                      Attorneys for Plaintiffs

DATED: February 3, 2025           CARRILLO LAW FIRM, LLP

                                  By  /s/ Michael Carrillo
                                      Luis A. Carrillo
                                      Michael Carrillo
                                      Attorneys for Plaintiffs

DATED: February 3, 2025           LOS ANGELES CITY ATTORNEY'S OFFICE

HYDEE FELDSTEIN SOTO, City Attorney
DENISE C. MILLS, Chief Deputy City Attorney
SCOTT MARCUS, Chief Asst. City Attorney
CORY M. BRENTE, Senior Assistant City Attorney

By   /s/ Ty A. Ford
      Ty A. Ford, Deputy City Attorney
      Attorneys For Defendant City Of Los Angeles