**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
dalekgalipo@yahoo.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, California, 91367
Tel: (818) 347-3333/Fax: (818) 347-4118

**CARRILLO LAW FIRM, LLP**
Luis A. Carrillo (SBN 70398)
Michael S. Carrillo (SBN 258878)
J. Miguel Flores (SBN 240535)
1499 Huntington Drive, Suite 402
South Pasadena, California 91030
Tel: (626) 799-9375/ Fax: (626) 799-9380

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGARITO T. LOPEZ, SONIA TORRES, KENI LOPEZ, ROSY LOPEZ, <br><br>PLAINTIFFS, <br><br>v. <br><br>CITY OF LOS ANGELES, JOSE ZAVALA, JULIO QUINTANILLA, AND DOES 1 THROUGH 10, INCLUSIVE <br><br>DEFENDANTS. | Case No.: 2:22-cv-07534-FLA-MAA <br><br>Assigned to: <br>*District Judge Fernando L. Aenlle-Rocha* <br>*Magistrate Judge, Maria A. Audero* <br><br>**JOINT STATUS REPORT REGARDING SETTLEMENT** |

**TO THE HONORABLE COURT:**

Plaintiffs, MARGARITO T. LOPEZ individually and as successor in interest to Margarito E. Lopez, Deceased; SONIA TORRES, KENI LOPEZ, and ROSY LOPEZ, individually, and Defendants CITY OF LOS ANGELES, JOSE ZAVALA, and JULIO QUINTANILLA ("the Parties"), through their counsel, respectfully submit the following Joint Status Report Regarding Settlement.

1

1. The settlement process is actively moving forward, but the Parties require additional time to consummate the settlement, as follows.
2. The Settlement Agreement and Release has been executed by all Plaintiffs.
3. On December 2, 2024, the first of three City hearings was held to discuss the settlement of the above-referenced matter. At that hearing, the City's Claims Board approved the settlement.
4. On March 4, 2025, the second of three City hearings was held to discuss the settlement of the above-referenced matter. At that hearing, the City Council's Budget, Finance, and Innovation Committee approve the settlement.
5. One additional hearing before the full City Council is required before the settlement can be approved. Defense Counsel has not been informed of the next hearing date with City Council since the March 4, 20205, hearing.
6. Following completion of the full City Council hearing, the Mayor must approve the settlement, and the Controller must issue the check.
7. Accordingly, the Parties will continue to file Status Reports as ordered by the Court. Once the settlement is completed, the Parties will file a Notice of Dismissal within seven days of the check clearing the bank.

Respectfully submitted.

DATED: March 14, 2025         LAW OFFICES OF DALE K. GALIPO

                              By   /s/ Dale K. Galipo
                                   Dale K. Galipo
                                   Renee V. Masongsong
                                   Attorneys for Plaintiffs

DATED: March 14, 2025         CARRILLO LAW FIRM, LLP

                              By   /s/ Michael Carrillo
                                   Luis A. Carrillo
                                   Michael Carrillo
                                   Attorneys for Plaintiffs

DATED: March 14, 2025

LOS ANGELES CITY ATTORNEY'S OFFICE
HYDEE FELDSTEIN SOTO, City Attorney
DENISE C. MILLS, Chief Deputy City Attorney
SCOTT MARCUS, Chief Asst. City Attorney
CORY M. BRENTE, Senior Assistant City Attorney

By   /s/ Ty A. Ford
      Ty A. Ford, Deputy City Attorney
      Attorneys For Defendant City Of Los Angeles