**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
dalekgalipo@yahoo.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, California, 91367
Tel: (818) 347-3333/Fax: (818) 347-4118

**CARRILLO LAW FIRM, LLP**
Luis A. Carrillo (SBN 70398)
Michael S. Carrillo (SBN 258878)
J. Miguel Flores (SBN 240535)
1499 Huntington Drive, Suite 402
South Pasadena, California 91030
Tel: (626) 799-9375/ Fax: (626) 799-9380

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGARITO T. LOPEZ, SONIA TORRES, KENI LOPEZ, ROSY LOPEZ,<br><br>PLAINTIFFS,<br><br>v.<br><br>CITY OF LOS ANGELES, JOSE ZAVALA, JULIO QUINTANILLA, AND DOES 1 THROUGH 10, INCLUSIVE<br><br>DEFENDANTS. | Case No.: 2:22-cv-07534-FLA-MAA<br><br>*Honorable Fernando L. Aenlle-Rocha, Magistrate Judge, Maria A. Audero*<br><br>**JOINT STATUS REPORT REGARDING SETTLEMENT** |

**TO THE HONORABLE COURT:**

Plaintiffs, MARGARITO T. LOPEZ individually and as successor in interest to Margarito E. Lopez, Deceased; SONIA TORRES, KENI LOPEZ, and ROSY LOPEZ, individually, and Defendants CITY OF LOS ANGELES, JOSE ZAVALA, and JULIO QUINTANILLA ("the Parties"), through their counsel, respectfully submit the following Joint Status Report Regarding Settlement.

Plaintiffs' counsel received the settlement draft on April 14, 2025. Pursuant to the Settlement Agreement and Release, the Parties shall file the stipulation for dismissal within ten days of Plaintiffs' counsel's receipt of the settlement draft. Plaintiffs' counsel deposited the settlement draft on April 14, 2025, and agrees to notify Defendants' counsel as soon as the funds have been negotiated by the financial institution. Therefore, the Parties anticipate filing the stipulation for dismissal no later than April 24, 2025.

Respectfully submitted.

DATED: April 15, 2025        LAW OFFICES OF DALE K. GALIPO

By   /s/ Dale K. Galipo
     Dale K. Galipo
     Renee V. Masongsong
     Attorneys for Plaintiffs

DATED: April 15, 2025        CARRILLO LAW FIRM, LLP

By   /s/ Michael Carrillo
     Luis A. Carrillo
     Michael Carrillo
     Attorneys for Plaintiffs

DATED: April 15, 2025        **HYDEE FELDSTEIN SOTO**, City Attorney
                             **DENISE C. MILLS**, Chief Deputy City Attorney
                             **KATHLEEN KENEALY,** Chief Assistant City Attorney
                             **CORY M. BRENTE**, Senior Assistant City Attorney

By:      Ty A. Ford
     TY A. FORD, Deputy City Attorney
     *Attorneys for Defendant*, CITY OF LOS ANGELES