**HYDEE FELDSTEIN SOTO**, City Attorney (SBN 106866)
**DENISE C. MILLS**, Chief Deputy City Attorney (SBN 191992)
**KATHLEEN KENEALY**, Chief Assistant City Attorney (SBN 212289)
**CORY M. BRENTE**, Senior Assistant City Attorney (SBN 115453)
**TY A. FORD**, Deputy City Attorney (SBN 218365)
200 North Main Street, 6th Floor, City Hall East
Los Angeles, CA 90012
Phone No.: (213) 978-6900 / Fax No.: (213) 978-8785
Email: Ty.Ford@lacity.org

*Attorneys for Defendant*, CITY OF LOS ANGELES

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGARITO T. LOPEZ, SONIA TORRES, KENI LOPEZ, ROSY LOPEZ,<br><br>Plaintiff(s),<br><br>v.<br><br>CITY OF LOS ANGELES, JOSE ZAVALA, JULIO QUINTANILLA, AND DOES 1 THROUGH 10, INCLUSIVE,<br><br>Defendant(s). | CASE NO. 2:22-cv-07534-FLA-MAAx<br>*Hon. Judge Aenlle-Rocha, USDC-1st Cthse, Ctrm 6B;*<br>*Hon. Mag. Audero, USDC-Roybal Bldg, Ctrm 690*<br><br>**JOINT STIPULATION OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE AGAINST ALL DEFENDANTS AND [PROPOSED] ORDER** |

**TO THE HONORABLE COURT, TO PLAINTIFFS AND TO THEIR COUNSEL OF RECORD THEREIN:**

IT IS HEREBY STIPULATED by and between the Parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice as to all Defendants pursuant to F.R.C.P. 41(a)(1).

///
///
///

1

Each party to bear their own costs and fees.

Dated:  April 14, 2025

**HYDEE FELDSTEIN SOTO**, City Attorney
**DENISE C. MILLS**, Chief Deputy City Attorney
**KATHLEEN KENEALY,** Chief Assistant City Attorney
**CORY M. BRENTE**, Senior Assistant City Attorney

By: *Ty A. Ford*
    TY A. FORD, Deputy City Attorney
*Attorneys for Defendant*, CITY OF LOS ANGELES

DATED:  April 14, 2025          **CARRILLO LAW FIRM LLP**

By: */s/ Michael S. Carrillo*
    LUIS ALLEN CARRILLO, Esq.
    MICHAEL S. CARRILLO, Esq.
    PATRICIA ZEPEDA, Esq.
Attorneys for *Plaintiffs*, MARGARITO T. LOPEZ, SONIA TORRES, KENI LOPEZ, ROSY LOPEZ

DATED:  April 14, 2025          **LAW OFFICES OF DALE K. GALIPO**

By: */s/ Renee V. Masongsong*
    DALE K. GALIPO, Esq.
    RENEE V. MASONGSONG, Esq.
Attorneys for *Plaintiffs*, MARGARITO T. LOPEZ, SONIA TORRES, KENI LOPEZ, ROSY LOPEZ