# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGARITO T. LOPEZ, SONIA TORRES, KENI LOPEZ, ROSY LOPEZ,<br><br>Plaintiff(s),<br><br>v.<br><br>CITY OF LOS ANGELES, JOSE ZAVALA, JULIO QUINTANILLA, AND DOES 1 THROUGH 10, INCLUSIVE,<br><br>Defendant(s). | CASE NO. 2:22-cv-07534-FLA-MAAx<br>*Hon. Judge Aenlle-Rocha, USDC-1st Cthse, Ctrm 6B;*<br>*Hon. Mag. Audero, USDC-Roybal Bldg, Ctrm 690*<br><br>**[PROPOSED] ORDER OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE AGAINST ALL DEFENDANTS** |

Based upon the Parties' Joint Stipulation of Dismissal, the Action of ***Margarito Lopez, et al. v. City of Los Angeles, et al.,*** USDC Case No. 2:22-cv-07534 FLA (MAAx), is hereby **Dismissed with Prejudice**, as to **All Causes of Actions Against All Defendants**, pursuant to **F.R.C.P. 41(a)(1)**.

Each party to bear their own costs and fees.

**IT IS SO ORDERED:**

Dated:_____                    _____
                                       HONORABLE FERNANDO AENLLE-ROCHA
                                       United States District Court Judge

1